Eric J. Hardeman (State Bar No. 253489)
ejhardeman@jonesday.com
JONES DAY
3161 Michelson Dr., Ste 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIERSTEAD<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Case No.: 10-cv-1694 AG (MLGx)<br><br>**DECLARATION OF TERESA IWANSKI IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

## DECLARATION OF TERESA IWANSKI

I, Teresa Iwanksi, declare and as follows:

1. I am a Senior Legal & Compliance Specialist in the National Consumer Assistance Center of Experian Information Solutions, Inc. ("Experian"), located in Allen, Texas. I began my employment with Experian as a consumer Affairs Specialist Consultant in August 2006. My general responsibilities include processing, examining and responding to consumer disputes; verifying and updating consumers' Experian's credit files; and conducting research in conjunction

IRI-17576v1

1  with consumer disputes, including research of Experian's own proprietary and
2  confidential records, as well as records received from creditors or others who report
3  information to Experian. I submit this declaration in support of Experian's Motion
4  to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).
5      2. Based on my experience with Experian, I am very familiar with
6  Experian's policies and procedure for the retention, reinvestigation and disclosure
7  of consumer credit information. The facts set forth herein are based on my personal
8  knowledge, and information available to me in the above-referenced capacity, and
9  were I called upon to testify as to them, I could and would be able to do so
10 competently.
11     3. Experian is a consumer reporting agency, as that term is defined by the
12 Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* Experian provides consumer
13 credit reports to subscribers who generally use the information to make credit-
14 related decisions. Experian collects information from its subscribers and includes
15 the information on the credit reports it sends to third parties with a permissible
16 purpose.
17     4. Experian is a corporation incorporated under the laws of the State of
18 Ohio.
19     5. Experian maintains its corporate headquarters in Costa Mesa
20 California. However, the integral aspects of Experian's consumer credit reporting
21 business are not located in California. The databases containing the information
22 Experian reports regarding consumers, including Plaintiff's information, are located
23 in Texas. In addition, Experian's National Consumer Assistance Center, which
24 investigates disputes received by consumers of the accuracy of the information
25 Experian reports, is located in Texas.
26     6. I have reviewed Experian's records pertaining to Plaintiff. I am
27 familiar with Plaintiff's contacts with Experian and the information contained in
28

Plaintiff's Experian credit file. The only addresses in Experian's records associated with Plaintiff's credit file are located in Maine.

7. All correspondence sent from Experian to Plaintiff originated at Experian's facilities in Texas. No Experian employees located in California have handled any dispute received from Plaintiff, received any correspondence from Plaintiff, or have had any other communications with Plaintiff.

8. Plaintiff's credit file contains inquires in the two years preceding the filing of the Complaint with Evergreen Credit Union and NCC Inc./Quirk Chevrolet. These inquiries are associated with applications for credit, and are all associated with addresses in Portland, Maine.

9. According to the information within Experian's records, as well as Plaintiff's allegation that credit information belonging to his son appeared on his credit file, both Plaintiff and the individual that Plaintiff alleges is his son have addresses in Maine.

10. In the course of my duties at Experian's National Consumer Assistance Center, I have handled disputes from consumers involving allegations of identity fraud. Based on my experience in handling these types of disputes, I have frequently seen disputes involving relatives of a consumer who fraudulently use a consumer's personal information to obtain lines of credit. This scenario commonly arises when a relative shares the same name as the consumer, lives at the same address, or otherwise has access to a consumer's mail or personal files.

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on March 10, 2011, at Allen, Texas.

_Teresa Iwanski_, Declarant

IRI-17576v1

- 3 -