# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

FRANCIS & CANDICE                )
HOWLEY, H/W,                     )
                                 )
              Plaintiffs,        ) CASE NO. 09-241
                                 )
vs.                              )
                                 )
EXPERIAN INFORMATION             )
SOLUTIONS, INC.,                 )
                                 )
              Defendant.         )
                                 )

          VIDEOTAPED DEPOSITION OF DAVID BROWNE,
taken on behalf of Plaintiffs, at 3161 Michelson, Suite
800, Irvine, California, at 11:00 a.m., Wednesday,
September 16, 2009, before Shirley A. Riga, RPR, CSR
No. 13347, a Certified Shorthand Reporter within and
for the State of California, and Paula A. Rolstad,
C.S.R. No. 6909, a Certified Shorthand Reporter, within
and for the State of California, pursuant to Notice.

          SUMMIT COURT REPORTING, INC.
      Certified Court Reporters and Videographers
          1500 Walnut Street, Suite 1610
          Philadelphia, Pennsylvania 19102
      424 Fleming Pike, Hammonton, New Jersey 08037
      (215) 985-2400 * (609) 567-3315 * (800) 447-8648
               www.summitreporting.com

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 5

```
 1              COURT REPORTER:  Yes.  Mr. Browne, if you

 2      could raise your right hand, please.  Do you solemnly

 3      swear the testimony you are about to give will be the

 4      truth, the whole truth, and nothing but the truth, so

 5      help you God?

 6              THE WITNESS:  I do.

 7              COURT REPORTER:  Thank you.

 8              MR. SOUMILAS:  Good morning.

 9              VIDEOGRAPHER:  You may proceed.

10              THE WITNESS:  Good morning.

11      BY MR. SOUMILAS:

12         Q    Good morning again, Mr. Browne.

13         A    Good morning.

14         Q    We met a moment ago off the record.  My name

15      is John Soumilas and I represent the Howley's in this

16      lawsuit against Experian.  Would you please state your

17      full name and employer for the record, please?

18         A    Yes, my name is David Browne.  I am employed

19      by Experian.

20         Q    What is your title, sir?

21         A    I am a compliance manager with Experian.

22         Q    How long have you held that position?

23         A    I don't know.  Roughly, I would say maybe

24      ten, twelve years.  It's been many years.

25         Q    What have been your basic duties and
```

Page 6

1    responsibilities in that time period?

2         A    Basically to insure that or help insure

3    because I am only one of a number of people with this

4    role, that Experian follows federal and state laws with

5    regard to credit reporting and also that we meet

6    Experian's requirements for quality and accuracy in

7    credit reports.

8         Q    You understand that today you are being

9    produced by Experian's attorney as a corporate

10   representative to speak on behalf of Experian in this

11   matter, correct?

12        A    Yes.

13        Q    So your testimony is not based solely on your

14   personal knowledge but on what you learned about this

15   case so that you could speak for the company.  Do you

16   understand that?

17        A    Yes.

18        Q    And that is a function that you have

19   performed before for Experian, correct?

20        A    Yes.

21        Q    Have you spoken with anyone other than your

22   attorneys in preparing for this case?

23        A    Not that I can remember.

24        Q    Have you reviewed any documents in preparing

25   for this case?

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 67

1      Q     That's the name of the game.  If you're going

2   to sell credit data, everybody wants accurate data.

3      A     That's very important.

4      Q     Okay.  Would you also agree with me that

5   another very important compliance goal is privacy?

6      A     Yes.

7      Q     And that Experian has a responsibility to

8   safe keep the consumer information that it gathers.

9      A     Yes.

10     Q     You told me earlier, for example, that

11  Experian would not allow just anybody off the street to

12  come and access credit reports, correct?

13     A     Yes.

14     Q     And it takes measures to assure that the

15  information about a consumer is not disclosed to any

16  third party who doesn't have a legitimate business

17  reason for that information.

18     A     That's correct.

19     Q     And You also told me that another goal or

20  standard in your industry is whenever possible, there

21  should be one credit report for every one consumer,

22  correct?

23     A     Yes.

24     Q     But you told me that there are instances

25  where one or more credit reports -- that's not a good

Page 68

1    question -- two or more, two or three or more credit

2    reports merge into one, correct?

3          A     There are times when the credit information

4    for two individuals end up by being displayed on a

5    single report.

6          Q     That's the phenomenon of a mixed file,

7    correct?

8          A     Yes.

9          Q     You've known about that and testified about

10   that on numerous occasions?

11         A     I have testified previously about that.

12         Q     And Experian has known about mixed files for

13   as long as its been in business?

14               MS. BOYLAN CLARK:  Objection.

15               THE WITNESS:  I don't know about that.  I

16   wasn't working for the company when it started.

17   BY MR. SOUMILAS:

18         Q     You were not working for Experian when it

19   started?

20         A     No.  For -- are you talking about -- you said

21   the company.  Maybe I should ask you to be more

22   specific.  Which company?

23         Q     Sure.  As long as Experian has been in the

24   credit reporting business for the last twelve or

25   thirteen years, it has known about mixed files.

Howley v. Experian Information Solutions, Inc.                    DAVID BROWNE, 9/16/09

Page 69

1    A    Yes.

2    Q    Okay.  Would you agree with me that one of

3  the measures of accuracy is to have on a credit report

4  only information that relates to that consumer about

5  whom the report is being sold?

6    A    Yes.

7    Q    So when someone is looking for your credit

8  report at a bank, it should not have my information on

9  it.  You would agree with that?

10    A    Yes.

11    Q    By definition, if it has somebody else's

12  information on your report, that information is not

13  accurate as to you?

14    A    That's correct.

15    Q    So when there are mixed files, the

16  information is by definition inaccurate?

17    A    Yes.

18    Q    As to both consumers?

19    A    Yes.

20    Q    And by both, I mean the scenario where there

21  are two consumers.

22    A    Well, it's inaccurate if the credit report

23  was pulled for each consumer and it showed the

24  information for -- on party A's credit report or the

25  credit report was pulled for them but it showed party

Howley v. Experian Information Solutions, Inc.                          DAVID BROWNE, 9/16/09

Page 135

1     the judge made that ruling.

2            MS. BOYLAN CLARK:  Okay.  John, this is going nowhere.

3     He is not an attorney.

4            If you want to know about court orders, you can

5     do a Lexis or a Westlaw search.  But he's not designated

6     on this topic.  And we are not going to let it go much

7     further.  Okay?

8            MR. SOUMILAS:  Okay.  I'm just asking.

9            THE WITNESS:  I'm unfamiliar with how a judge

10    would -- might come to make an order like that.

11    BY MR. SOUMILAS:

12       Q    Going back to the TRW days when you worked

13    for TRW -- strike that.

14            Would you agree with me that Experian knows

15    that mixed files can be harmful to a consumer who has

16    another consumer's information mixed into their file?

17            MS. BOYLAN CLARK:  Objection.

18            THE WITNESS:  Yes, there are times when it can

19    be harmful.

20    BY MR. SOUMILAS:

21       Q    Would you agree with that Experian knows that

22    it should to the extent possible avoid mixed files?

23       A    Yes.

24       Q    Should Experian try to prevent mixed files?

25       A    Yes.

# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


FRANCIS & CANDICE HOWLEY, H/W, )
                               )
            Plaintiffs,        )
                               )
     v.                        )   No. 09-241
                               )
EXPERIAN INFORMATION SOLUTIONS,)
INC.                           )
                               )
            Defendant.         )
_____)



VOLUME I



DEPOSITION OF KATHLEEN CENTANNI,

taken on behalf of the Plaintiffs, at 555 South

Flower Street, 50th Floor, Los Angeles, California,

commencing at 11:00 a.m., Tuesday, August 10, 2010

before Salvador Gutierrez, Certified Shorthand

Reporter No. 9825.


SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

Page 4

1          LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 10, 2010

2                              11:00 a.m.

3

4

5                         (KATHLEEN CENTANNI,

6                 deponent, was sworn and examined

7                   and testified as follows:)

8

9          DEPOSITION OFFICER:  Do you solemnly state the

10   testimony you are about to give in this deposition shall

11   be the truth, the whole truth, and nothing but the

12   truth?

13          MS. CENTANNI:  I do.

14

15                         EXAMINATION

16   BY MR. SOUMILAS:

17      Q    Good morning, Ms. Centanni.

18          My name is John Soumilas.  I represent Fran

19   and Candy Howley in a lawsuit that they've brought

20   against Experian, and through the agreement of

21   Experian's counsel, I'm here today by telephone to

22   take your deposition in this matter, and that's

23   because you provided an expert report in this case.

24          Do you understand that, ma'am?

25      A    Yes, sir.

Page 5

1      Q      Now, Ms. Centanni, I understand that you have

2   given depositions before on behalf of Experian; is that

3   right?

4      A      Yes, sir.

5      Q      Would you say that you've given more than 50

6   depositions in your career on behalf of Experian?

7      A      I don't think that I've given 50.  I'd say less

8   than 50.

9      Q      Do you know the exact number, ma'am?

10     A      Not the exact number, no.

11     Q      All right.

12            I understand that in this case you are

13   testifying as a person that Experian has put forward as

14   an expert.

15            Have you ever given depositions in an expert

16   capacity?

17     A      Yes, sir.

18     Q      And how many of those would you say?

19     A      I don't have an exact number.  I would say ten

20   or less.

21            MR. MORGAN:  John, let me just interject here

22   that my name is Mike Morgan here representing Experian

23   Information Solutions, Inc. with the firm of Jones Day.

24            MR. SOUMILAS:  You want to say anything else,

25   Mike, or just introduce yourself?

Page 6

1          MR. MORGAN:  Well, ordinarily, we state our

2     appearances at the beginning of the deposition.  We sort

3     of skipped that step.  I thought it was appropriate to

4     make that comment on the record.

5          MR. SOUMILAS:  Okay.  Very well, thank you.

6     Q    Ms. Centanni, the other depositions that you

7     have given on behalf of Experian, were those in the

8     capacity of a corporate representative for Experian?

9          MR. MORGAN:  Objection.  Compound.

10          THE WITNESS:  Yes, sir, they were.

11     Q    BY MR. SOUMILAS:  Now, I have made available

12     for you and your attorney today, ma'am, certain

13     documents that we may refer to, and I understand you

14     have that documentation available to you?

15     A    Yes, I do.

16     Q    Do you have a document at the top of the pile

17     which is pre-marked as "Centanni 1," which reads,

18     "Expert report of Kathleen M. Centanni"?

19     A    Yes, I do.

20     Q    And that is your expert report in the Howley

21     matter, ma'am?

22     A    Give me a second, please.

23     Q    Yes.

24     A    Yes, sir, it is.

25     Q    And just so that the record is clear, since I'm

Page 31

1              MR. MORGAN:  Objection.  Calls for a legal

2       conclusion, vague.

3              THE WITNESS:  I'm not sure what -- I still

4       understand what you mean by "specialized."

5         Q    BY MR. SOUMILAS:  Let me just put it more

6       simply.

7              Do you think you have specialized knowledge in

8       the field of credit reporting?

9              MR. MORGAN:  Same objections.

10             THE WITNESS:  I guess I would have to say the

11      same thing:  I'm not sure what you mean by

12      "specialized."  I have many years of experience at

13      Experian.

14        Q    BY MR. SOUMILAS:  All right.

15             Does your experience include information about

16      procedures to avoid and correct mixed files?

17        A    Yes.

18        Q    Do you know what mixed files are at Experian?

19        A    Yes, I do.

20        Q    Does your Experian -- experience, excuse me,

21      include information about the causes of identity theft

22      or credit fraud?

23        A    Yes, sir.

24        Q    Could you distinguish, based on your

25      experience, whether we're looking simply at a mistake in

Page 96

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


FRANCIS & CANDICE HOWLEY, H/W,      )
                                    )
          Plaintiff,                )
                                    )
vs.                                 ) Civil Action No. 09-241
                                    )
EXPERIAN INFORMATION SOLUTIONS,     )
INC.,                               )
                                    )
          Defendant.                )
_____)




          Videotaped Deposition of

     KATHLEEN M. CENTANNI, taken on behalf

     of the Plaintiffs, at 3161 Michelson

     Drive, Irvine, California, commencing

     at 10:09 a.m., on Monday, August 16,

     2010, before Tami L. Le, CSR No. 8716,

     RPR.

          SUMMIT COURT REPORTING, INC.
     Certified Court Reporters and Videographers
          1500 Walnut Street, Suite 1610
          Philadelphia, Pennsylvania 19102
     424 Fleming Pike, Hammonton, New Jersey 08037
     (215) 985-2400 * (609) 567-3315 * (800) 447-8648
          www.summitreporting.com

Page 203

1    Q    Do you believe that he's knowledgeable about

2  mixed file procedures at Experian?

3    A    Yes, I do.

4    Q    Do you believe that Experian should prevent the

5  mixing of the files of two different consumers?

6         MR. MORGAN:  Objection; vague, incomplete

7  hypothetical.

8         THE DEPONENT:  Yes, sir, I do.

9    Q    BY MR. SOUMILAS:  Do you believe that Experian

10 should avoid mixing the files of two different

11 consumers?

12        MR. MORGAN:  Objection; vague, incomplete

13 hypothetical.

14        THE DEPONENT:  Yes, sir.

15   Q    BY MR. SOUMILAS:  I'd like to place in front of

16 you a document that we've premarked as Centanni 2 for

17 purposes of this deposition, and I'll ask the court

18 reporter to give you that as well as a copy for your

19 attorney, please.

20        (Plaintiffs' Exhibit 2 was marked for

21    identification.)

22        (Document handed to counsel and the deponent.)

23        THE DEPONENT:  Yes, sir.

24   Q    BY MR. SOUMILAS:  Ms. Centanni, have you ever

25 seen this December 10, 1991 consent order between the

# EXHIBIT 3

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (213) 243-2432
mgmorgan@jonesday.com

JP010499
026123-058275

August 12, 2010

**VIA E-MAIL**

John Soumilas, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

    Re:   *Francis Howley and Candice Howley v. Experian Information Solutions, Inc.,*
        *Case* No. 09-241

Dear John:

    I am writing in response to your letter from yesterday regarding Ms. Centanni's deposition. As you have requested, we have rescheduled our other commitments and will proceed with the deposition on your requested date, Monday, August 16, 2010, starting at 10:00 a.m. PST. For the witness's convenience, we would like the deposition to proceed at Jones Day's offices in Irvine, which are located at 3161 Michelson Drive, Suite 800, Irvine, California 92612-4408. Since you are taking the deposition telephonically, we trust this will cause you no inconvenience.

    Of course, we disagree with much of your letter, especially your suggestion that Ms. Centanni's deposition has been tainted and that plaintiffs have been prejudiced in some (unspecified) way by the scheduling of a further deposition session for Ms. Centanni. You will be free to ask additional questions on Monday, and I assure you that there has been — and will be — no improper communications with the witness in advance of that session.

                    Very truly yours,

                    *Michael Morgan*/GS

                    Michael G. Morgan

cc:    Gregory J. Gorski, Esq. (via e-mail)

NYI-4301256v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# EXHIBIT 4

Case 8:10-cv-01694-AG -MLG   Document 17-1   Filed 03/21/11   Page 20 of 79   Page ID
#:130
Case 2:09-cv-04291-DRD-MAS   Document 12   Filed 03/03/10   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MONIQUE BROWN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-4291 |
| vs. | ) | |
| | ) | Hon. Dickinson R. Debevoise, USDJ |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. | ) | DISCOVERY PLAN |
| | ) | |
| Defendant. | ) | |
| | ) | |

1.   Set forth the name of each attorney appearing, the firm name, address and telephone
     number and facsimile number of each, designating the party represented.

Plaintiff:     Mark D. Mailman & Geoffrey H. Baskerville, Esqs.
               FRANCIS & MAILMAN, P.C.
               100 South Broad Street, 19th Floor
               Land Title Building
               Philadelphia, PA  19110
               (215) 735-8600 and fax (215) 940-8000

Defendant:     Dorothy A. Kowal, Esq.        and     Kevin C. Meacham, Esq. (*pro hac*)
               PRICE, MEESE, SHULMAN &                JONES DAY
               D'ARMINIO, P.C.                        500 Grant Street, Suite 4500
               50 Tice Boulevard                      Pittsburgh, PA  15219-2514
               Woodcliff Lake, NJ  07677              (412) 394-7265 and
               (201) 391-3737 and fax (201) 391-0998  fax (412) 394-7959

2.   Set forth a brief description of the case, including the causes of action and affirmative
     defenses asserted.

     Plaintiff Monique Brown has filed suit against Experian Information Solutions, Inc., a
     national consumer credit reporting agency, alleging violations of the Fair Credit
     Reporting Act ("FCRA") and various state laws for failure to properly reinvestigate
     Plaintiff's dispute and failing to follow reasonable procedures to assure maximum
     possible accuracy of Plaintiff's credit report.  Specifically, Plaintiff alleges that Experian
     mixed her credit file with that of another Monique Brown who has poor credit.

     Defendant Experian Information Solutions, Inc. ("Experian") is still investigating the
     plaintiff's allegations at this time and, as such, is not in a position to fully address the
     merits or potential defenses to plaintiff's claims.  As a general matter, Experian employs

reasonable procedures to assure maximum possible accuracy of credit reports for the millions of consumers for whom Experian provides credit information.

Has this action been: Settled: _____No_____ Discontinued: __No_____

    If so, has there been a Stipulation/Dismissal filed?

    Yes _____ No _____

3.    Have settlement discussions taken place? Yes _____ No __X_____

    If so, when? _____

      (a)    What was plaintiff's last demand?

           (1)    Monetary demand: $_____
           (2)    Non-monetary demand: _____

      (b)    What was defendant's last offer?

           (1)    Monetary offer: $_____
           (2)    Non-monetary offer: _____

4.    The parties [have ___X____ have not _____] exchanged the information required by Fed. R. Civ. P. 26(a)(1).  If not, state the reason therefor.

_____

_____

_____

5.    Explain any problems in connection with completing the disclosures required by Fed. R. Civ. P. 26(a)(1).

_____None_____

_____

_____

Case 8:10-cv-01694-AG -MLG   Document 17-1   Filed 03/21/11   Page 22 of 79   Page ID
#:132
Case 2:09-cv-04291-DRD-MAS   Document 12   Filed 03/03/10   Page 3 of 5

6.   The parties [have ___X___ have not _____] conducted discovery other than the above disclosures.  If so, describe.

     Plaintiff has served written discovery.  Defendant has not yet served written discovery, but expects to do so prior to the Rule 16 Conference on March 10, 2010.

_____

7.   The parties [have ___X___ have not _____] met pursuant to Fed. R. Civ. P. 26(f):

_____

_____

_____

    (a)   If not, state the reason therefor.

_____

_____

_____

    (b)   If so, state the date of the meeting and the persons in attendance.

  Conference by e-mail on March 1, 2010 with Geoffrey H. Baskerville, Esq. (plaintiff) and Kevin C. Meacham, Esq. (defendant) in attendance.

8.   The following [is ___X___ is not _____] a proposed joint discovery plan.

    (a)   Discovery is needed on the following subjects:

_____

_____

_____

3

(b)     Discovery [should _____ should not ____X_____] be conducted in phases or be limited to particular issues. Explain.

_____

_____

_____

(c)     Maximum of __25__ Interrogatories by each party to each other party.

(d)     Maximum of __10__ depositions to be taken by each party.

(e)     Plaintiff's expert report due on: At this time, Plaintiff does not know if she will be calling any experts.

(f)     Defendant's expert report due on: At this time, Defendant does not know if it will be calling any experts.

(g)     Motions to amend or to add parties to be filed by April 9, 2010.

(h)     Dispositive motions to be served within ____30_____ days of completion of discovery.

(i)     Factual discovery to be completed by July 9, 2010.

(j)     Expert discovery to be completed by September 10, 2010.

(k)     Set forth any special discovery mechanism or procedure requested, including data preservation orders or protective orders:

(l)     Because of the private, confidential and proprietary concerns regarding certain of Experian's business records, to the extent such business records are relevant and requested, the parties may consent to a stipulation of protection to prevent the improper dissemination of these confidential business records.

(m)     A pretrial conference may take place in November 2010.

(n)     Trial date: December 2010.

9.  Do you anticipate any discovery problem(s)? Yes _____ No _____X_____

    If so, explain.

    _____

    _____

    _____

10. Do you anticipate any special discovery needs (i.e., videotape/telephone depositions, problems with out-of-state witnesses or documents, etc.)? Yes ____X____ No _____

    If so, please explain.

    _____ Yes. Experian requests that, to the extent they are needed, depositions of corporate representatives be conducted via telephone, as those persons likely to be designated reside either in Texas or California._____

11. State whether this case is appropriate for voluntary arbitration (pursuant to <u>Local Civil Rule</u> 201.1 or otherwise), mediation (pursuant to <u>Local Civil Rule</u> 301.1 or otherwise), appointment of a special master or other special procedure. If not, explain why and state whether any such procedure may be appropriate at a later time (<u>i.e.</u>, after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.).

    The case is appropriate for non-binding mediation pursuant to Local Rule 301.1.

12. Is this case appropriate for bifurcation? Yes _____ No _____X_____

13. Any interim status settlement conference (with clients in attendance), should be held in June 2010.

14. We [do _____ do not ____X____] consent to the trial being conducted by a Magistrate Judge.

                           _/s/ Geoffrey H. Baskerville_____
                           Attorney(s) for Plaintiff


                           _/s/ Kevin C. Meacham_____
                           Attorney(s) for Defendant


                                    5

# EXHIBIT 5

## John Soumilas

**From:** Eric J Hardeman [ejhardeman@jonesday.com]
**Sent:** Tuesday, November 30, 2010 12:51 PM
**To:** Gregory Gorski
**Subject:** Re: Evans v. Experian

Greg,

Like I said, I cannot be in Los Angeles in the 13th, and I'm not going to divulge potentially client-sensitive information about the other commitments I have on the 13th that require me to be in Irvine. Furthermore, my travel to and from Los Angeles would pose an additional cost to my client that it is not willing to incur. Plaintiff filed in the Central District. He has to reasonably expect to make himself available here at a deposition site in Irvine.

A Federal Rule 30(b)(6) deposition takes place at a corporation's principal place of business or the location of the corporate designee. Your firm hasn't been extending Experian any courtesies by having previous depositions take place in Irvine or Dallas, because they would have had to take place there anyway with respect to the corporate designees at those locations. Therefore, your notice of Experian's 30(b)(6) deposition to take place at your local counsel's office is deficient. As a practical matter, your firm takes depositions telephonically, so the location is irrelevant. Our firms have further agreed to have non-PMK depositions take place at the Irvine or Dallas offices as a condition to agreeing to your firm's telephonic appearance.

Thanks.

-Eric



**Eric J. Hardeman**

3161 Michelson Drive, Suite 800 • Irvine, CA 92612

DIRECT 949.553.7545 • FAX 949.553.7539 • ejhardeman@JONESDAY.COM

**From:** Gregory Gorski <ggorski@consumerlawfirm.com>
**To:** Eric J Hardeman <ejhardeman@jonesday.com>
**Date:** 11/29/2010 05:47 PM
**Subject:** Re: Evans v. Experian

Eric,

I would ask that you reconsider your decision. I am struggling to understand what other commitments you would have on the day that you have scheduled two depositions that are likely going to take the better part of the day. Additionally, I have proposed JonesDay own offices in LA as the site the deposition which ought to provide you with all the facilities you need to conduct other business.

I would further point out that our office has been more than generous in granting Experian witnesses the courtesy of being deposed in JonesDay's Irvine office in the past. If Experian wishes to be given these courtesies in the future, we would minimally expect JonesDay and Experian to accommodate such a reasonable

1

# EXHIBIT 6

1   Eric J. Hardeman (SBN 253489)
    ejhardeman@jonesday.com
2   JONES DAY
    3161 Michelson Drive, Suite 800
3   Telephone:   (949) 851-3939
    Facsimile:   (949) 553-7539
4
    Attorneys for Defendant
5   Experian Information Solutions, Inc.

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **ROBERT EVANS**                   Case No.: 10-CV-5422 JFW (MANx)

12          **Plaintiff,**             **EXPERIAN INFORMATION
                                        SOLUTIONS, INC.'S INITIAL**
13          **vs.**                     **DISCLOSURES**

14  **EXPERIAN INFORMATION
    SOLUTIONS, INC.**
15

16          **Defendant.**

17
               **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**
18
               Pursuant to Fed.R.Civ. 26(a)(1), Defendant Experian Information Solutions,
19
    Inc. ("Experian") makes the following disclosure of witnesses and documents based
20
    on the information currently and reasonably available to Experian:
21
        A.   <u>Individuals Likely to Have Discoverable Information Supporting
22           Experian's Defenses</u>

23          1.    Robert Evans

24
            Plaintiff Robert Evans has knowledge of the allegations and claimed
25
    damages set forth in the Complaint.
26

27

28

    IRI-12466v1                    - 1 -

2.      Christy Evans

Plaintiff's wife Christy Evans has knowledge of the allegations and the claimed damages set forth in the Complaint

3.      Kimberly Hughes
        Consumer Affairs Specialist
        701 Experian Parkway
        Allen, Texas  75013
        c/o JONES DAY
        3161 Michelson Drive, Suite 800
        Irvine, California 92612
        (949) 851-3939

Ms. Hughes has knowledge of Plaintiff's contacts with Experian, Plaintiff's Experian consumer relations file and Experian's consumer assistance and reinvestigation procedures.

4.      Kathy Centanni
        Experian Information Solutions, Inc.
        475 Anton Boulevard
        Costa Mesa, California  92626
        c/o JONES DAY
        3161 Michelson Drive, Suite 800
        Irvine, California 92612
        (949) 851-3939

Kathy Centanni has knowledge of Experian's credit reporting systems and procedures.

5.      Any credit grantor who Plaintiff alleges denied her credit or otherwise injured Plaintiff purportedly due to information received information as to Plaintiff's credit applications, credit history, credit reports, and the reasons for denying credit.

6.      Presently unknown individuals in at Odessa College in Odessa, TX.

B.      Documents Experian May Use to Support its Defenses

At present, Experian possesses the documents listed below, which relate to Plaintiff's claims and Experian's possible defenses in this matter.  These documents

IRI-12466v1                          - 2 -

1  are maintained in Experian's offices in Allen, Texas, and are being produced with

2  these disclosures:

3        • Experian Consumer File Disclosures for Plaintiff

4      In addition, Experian possesses the below-listed documents, which contain

5  confidential codes and other proprietary information specific to Plaintiff and/or

6  Plaintiff's creditors and credit history.  Experian will produce these documents

7  upon the entry of an appropriate protective order:

8        • Disclosure Log(s), illustrating disclosures of credit history to Plaintiff;

9        • D/R Log Report(s), illustrating disputes related to Plaintiff's credit file

10         and Experian's responses thereto; and

11        • Administrative Report(s) of Plaintiff.

12      C.    <u>Damages</u>

13      Experian does not allege any damages at this time but reserves the right to do

14  so.  Further, Experian denies liability to Plaintiff for any damages.

15      D.    <u>Insurance</u>

16      Based on Experian's present insurance and applicable deductibles, no

17  insurance carrier would be liable to satisfy part or all of any likely judgment which

18  may be entered in this action, or to indemnify or reimburse for payments made to

19  satisfy any likely judgment.

20

21

22

23

24

25

26

27

28

IRI-12466v1                - 3 -

1     Dated:  October 7, 2010           Respectfully submitted,

2

3                                     /s/ Eric J. Hardeman

4                                     Eric J. Hardeman
                                      JONES DAY

5                                     3161 Michelson Drive, Suite 800
                                      Irvine, CA  92612

6                                     Telephone:   (949) 553-7545
                                      Facsimile:   (949) 553-7539

7                                     *Attorneys for Defendant*

8                                     *Experian Information Solutions, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Irvine, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **October 12, 2010**, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

### EXPERIAN INFORMATION SOLUTIONS, INC.'S INITIAL DISCLOSURES

in a sealed envelope, postage fully paid, addressed as follows:

Stephanie R. Tatar, Esq.
stephanie@thetatarlawfirm.com
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
T: (323) 744-1146
F: (888) 778-5695

Gregory Gorski, Esq.
ggorski@consumerlawfirm.com
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
T: (215) 735-8600
F: (215) 940-8000

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 12, 2010**, at Irvine, California.

_/s/ Eric J. Hardeman_
Eric J. Hardeman

IRI-12466v1

- 5 -

# EXHIBIT 7

Case 8:10-cv-01694-AG -MLG Document 17-1 Filed 03/21/11 Page 34 of 79 Page ID
Case 2:09-cv-02487-DRD-MAS Document 16 Filed 01/07/10 Page 1 of 1
#:144

**PRICE,**
**MEESE,**
**SHULMAN &**
**D'ARMINIO**

A PROFESSIONAL CORPORATION

MACK-CALI CORPORATE CENTER
50 TICE BOULEVARD
WOODCLIFF LAKE
NEW JERSEY 07677

TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360

GREGORY D. MEESE
NJ, NY BARS

GAIL L. PRICE
NJ, NY, DC BARS

FREDERIC M. SHULMAN
NJ, NY, DC BARS

LOUIS L. D'ARMINIO
NJ, NY BARS

JOHN R. EDWARDS, JR.
NJ, NY BARS

MICHAEL K. BREEN
NJ, NY BARS

PAUL A. CONCIATORI*
NJ, NY BARS

OF COUNSEL
RICHARD M. FRICKE
NJ, NY, DC BARS

THERESA N. MAGUIRE
NY BAR

MARK W. GREENE
NJ, NY, DC BARS

CONSTANTINE STAMOS
NJ, NY BARS

J. PETER BAN
NJ, DC BARS

KAREN F. EDLER
NJ BAR

DOROTHY A. KOWAL
NJ BAR

REGINALD JENKINS, JR.
NJ BAR

MARY ANNE IULIANO
NJ, GA BARS

JENNIFER M. KNARICH
NJ, NY, CT BARS

MARLENE EICKMEYER
NJ, NY BARS

KATHRYN J. RAZIN
NJ, NY, DC BARS

SIMONE D. SINISI
NJ BAR

ADRIENNE M. ZITKA*
NJ BAR
*LEED AP

Additional Offices:
89 HEADQUARTERS PLAZA NORTH
4 SPEEDWELL AVENUE - #1455
MORRISTOWN, NEW JERSEY 07960

TELEPHONE (973) 292-6757
FACSIMILE (973) 993-1757

106 CORPORATE PARK DRIVE
SUITE 401
WHITE PLAINS
NEW YORK 10604

TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230

www.pricemeese.com

January 7, 2010

Via ECF
The Honorable Michael A. Shipp, USMJ
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    *Cates v. Experian Information Solutions, Inc.*;
           Civil Action No. 09-2487

Dear Judge Shipp:

This firm, along with Jennifer G. Betts of Jones Day, represents defendant
Experian Information Solutions in the above-referenced case. An in-person status
conference is scheduled for January 27, 2010 at 3:00 p.m. In Your Honor's
Scheduling Order, it states that "client[s] with full settlement authority must
attend in person."

Geoffrey Baskerville, counsel for Plaintiff, and Ms. Betts will be attending the
conference in person; however, we respectfully submit this joint request for
permission for both of our clients to attend the conference via telephone. Mr.
Baskerville will have full authority from Mr. Cates and will be prepared to discuss
settlement in detail. Further, Experian's client representative, Abril Turner, is
located in Southern California and a trip to Newark would be burdensome in time
and expense for her. Attendance of Ms. Turner by phone will not hinder the
conference or settlement discussions as Ms. Betts will be fully apprised of all
aspects of the case and will have settlement authority.

Should Your Honor have any questions or concerns regarding client attendance
via phone, I can be reached by telephone at (201)391-3737 or by fax at (201)391-
0998 and Ms. Betts may be reached by telephone at (412) 394-7937 or by fax at
(412) 394-7959. Thank you for considering our request.

Respectfully submitted,

*Dorothy A. Kowal*

Dorothy A. Kowal

cc:    Geoffrey H. Baskerville, Esq. (via ECF)
       Jennifer G. Betts, Esq. (via e-mail)

# EXHIBIT 8

# JONES DAY

500 GRANT STREET • SUITE 4500 • PITTSBURGH, PENNSYLVANIA 15219-2514
TELEPHONE: 412.391.3939 • FACSIMILE: 412.394.7959

Direct Number:  (412) 394-7265
kcmeacham@jonesday.com

JP011584:jlr/1227722                    February 3, 2011
026123-051956

*Please docket*

The Honorable Paul S. Diamond
U.S.D.C., Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA  19106-1712

Re:    *Suzanne Blenda v. Experian Information Solutions, Inc., et al.*
       Civil Action No. 10-6769, U.S.D.C., Eastern Dist. of Pennsylvania

Dear Judge Diamond:

In preparation for the upcoming scheduling conference, Experian requests that its corporate representative be permitted to attend the conference scheduled for February 16, 2010 by telephone.  To be sure, as Experian's trial counsel, I will be traveling from Pittsburgh, Pennsylvania to attend the conference in person.

As you may be aware, Experian's corporate representative resides in California, where Experian's headquarters are located, and personal attendance at the conference will place a considerable burden on her and considerable expense on Experian. Counsel for all parties have consented to Experian's representative appearing by phone.

Experian's corporate representative will be available to conduct settlement or any other discussions by phone at all times during the conference. Thus, Experian respectfully requests that its corporate representative be permitted to appear by telephone.

Very truly yours,

Kevin C. Meacham

cc:    John Soumilas, Esq.
       Erin A. Novak, Esq.
       Timothy P. Creech, Esq.
       William R. Brown, Esq.
       William J. Simmons, Esq.
       Mark A. Aronchick, Esq.
       Sharon F. Mc Kee, Esq.
       Mohammad A. Ghiasuddin, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# EXHIBIT 9

William J. Wall – State Bar No. 203970
**THE WALL LAW OFFICE**
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196
wwall@wall-law.com

*Attorney for Plaintiff Robert Kierstead*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT KIERSTEAD<br><br>          Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>          Defendant. | Civil Action No. 10-1694<br><br><br>**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff states as follows:

    A.    **Knowledgeable Persons**

Without waiving any objections, Plaintiff states that the following persons are reasonably likely to have information bearing significantly on the claims and defenses in this matter:

        1.    Robert Kierstead

              39 Baltimore Avenue.

              South Portland, ME 04106

        2.    David  Browne, Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA  92626.

    3.     Kathy Centanni,  Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA  92626.

    4.     Further Representatives of Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA  92626, as may be determined through discovery.

## B.    Documents

Without waiving any objections, Plaintiff, states that he has in his possession his personal credit reports which are likely to bear significantly on his claims in this matter, attached hereto as KIERSTEAD-1 through KIERSTEAD- 34.

## C.    Damages

Plaintiff claims the following damages: (1) statutory damages under the FCRA; (2) actual/compensatory damages in the nature of credit defamation; (3) actual/compensatory damages in the nature of emotional distress, including anxiety, frustration, embarrassment, humiliation, etc.; (4) punitive damages; and (5) attorney's fees and costs.

The damages suffered by Plaintiff are well recognized as cognizable under the FCRA and are not subject to mathematical calculation.   Plaintiff will testify as to the embarrassment, frustration and other emotional distress that he experienced as a result of Experian's mixing of his credit file.

## D.    Insurance

Not Applicable.

As investigation and discovery in this matter are ongoing, Plaintiff reserves the right to supplement these disclosures pursuant to the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, if necessary.

**THE WALL LAW OFFICE**

Dated: March 21, 2011

_/S/ William J. Wall_
WILLIAM J. WALL
9900 Research Drive
Irvine, CA  92618
T: (949) 387-4300
F: (800) 722-8196
E: wwall@wall-law.com

_Attorney for Plaintiff Robert Kierstead_

# EXHIBIT 10

# California Secretary of State Debra Bowen

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

**Customer Alert**
(misleading business solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of

| | |
|---|---|
| **Entity Name:** | J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. |
| **Entity Number:** | C0750701 |
| **Date Filed:** | 07/22/1975 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | NEW YORK |
| **Entity Address:** | 270 PARK AVE. |
| **Entity City, State, Zip:** | NEW YORK NY 10017 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitio**

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State

# EXHIBIT 11

**California Secretary of State Debra Bowen**

*common good*   *privacy*   All people   *Liberty*   Speak   *Conscience*   *without discrimination*

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |
| --- | --- | --- | --- | --- | --- | --- |

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

**Customer Alert**
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
| --- | --- |
| Entity Name: | CAPITAL ONE FINANCIAL, LLC. |
| Entity Number: | 200432210176 |
| Date Filed: | 10/13/2004 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1528 E. CYRENE DRIVE |
| Entity City, State, Zip: | CARSON CA 90746 |
| Agent for Service of Process: | HILARIA BOWDEN |
| Agent Address: | 8306 WILSHIRE BLVD., STE. 242 |
| Agent City, State, Zip: | BEVERLY HILLS CA 90211 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# EXHIBIT 12


**Experian**
A world of insight

**X** Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**ROBERT KIERSTEAD**
Your report number is
**1345-7285-42**
Report date:
**09/22/2010**

Index:
– Contact us
– Potentially negative items
– Accounts in good standing
– Requests for your credit history
– Personal information
– Important message from Experian
– Know your rights

Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                                                    back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                                    back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**BANK OF AMERICA**
**Address:**
PO BOX 1390
NORFOLK, VA 23501
(800) 441-0130
**Address Identification Number:**
0004942907

**Account Number:**
442710004053....

**Status:** Closed.

| | | |
|---|---|---|
| **Date Opened:** 06/2004 | **Type:** Revolving | **Credit Limit/Original Amount:** $4,000 |
| **Reported Since:** 06/2004 | **Terms:** NA | **High Balance:** $4,846 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |

08/2007                $29                        $0 as of 12/2007
**Last Reported:**     **Responsibility:**        **Recent Payment:**
12/2007                Individual                 $29
**Creditor's Statement:** Account closed at credit grantor's request.

**Account History:**
90 days past due as of Jan 2005
60 days past due as of Mar 2005, Feb 2005, Dec 2004
30 days past due as of Jul 2007, Dec 2006, Oct 2006, Feb 2006, Oct 2005, Apr 2005, Nov 2004

**CHASE BANK USA**
**Address:**                      **Account Number:**
PO BOX 15298                      418587124004....
WILMINGTON, DE 19850
(800) 955-9900
**Address Identification Number:**
0004942907
**Status:**  Transferred,closed.

| **Date Opened:** 04/2004 | **Type:** Revolving | **Credit Limit/Original Amount:** $3,500 |
| **Reported Since:** 05/2004 | **Terms:** NA | **High Balance:** $3,858 |
| **Date of Status:** 02/2006 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 02/2006 | **Responsibility:** Individual | **Recent Payment:** NA |

**Your Statement:**

Account closed at consumer's request.

**Creditor's Statement:**  Purchased by another lender.

**Account History:**
60 days past due as of Sep 2005
30 days past due as of Nov 2005, Aug 2005

**PRISM/CITIBANK**
**Address:**                      **Account Number:**
PO BOX 6497                       525650224518....
SIOUX FALLS, SD 57117
*No phone number available*
**Address Identification Number:**
0004942907
**Status:**  Closed. $441 past due as of Aug 2010.

| **Date Opened:** 11/2008 | **Type:** Revolving | **Credit Limit/Original Amount:** $4,000 |
| **Reported Since:** 11/2008 | **Terms:** NA | **High Balance:** $4,304 |
| **Date of Status:** 07/2010 | **Monthly Payment:** $108 | **Recent Balance:** $4,258 as of 08/2010 |
| **Last Reported:** 08/2010 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Creditor's Statement:** Account closed at credit grantor's request.

**Account History:**
90 days past due as of Aug 2010, Jul 2010
60 days past due as of Jun 2010
30 days past due as of May 2010, Mar 2010

**Balance History:**
07/2010  $4,304
06/2010  $4,038
05/2010  $4,077
04/2010  $4,008
03/2010  $4,104
02/2010  $4,037
01/2010  $3,927
12/2009  $3,204
11/2009  $3,754
10/2009  $3,204
09/2009  $2,988
08/2009  $2,689
07/2009  $2,404
06/2009  $1,692

05/2009  $1,292
04/2009  $1,195
03/2009  $887
02/2009  $715
01/2009  $300
12/2008  $402
11/2008  $0

Between Nov 2008 and Jul 2010, your credit limit/high balance
was $4,000

**FIRST HORIZON HOME LOANS**

| | | |
|---|---|---|
| **Address:** | **Account Number:** | |
| 4000 HORIZON WAY | 481004518.... | |
| IRVING, TX 75063 | | |
| (800) 707-9998 | | |

**Address Identification Number:**
0004942907

**Status:**  Paid,Closed.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 10/2003 | Mortgage | $165,896 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 12/2003 | 30 Years | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 12/2005 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 12/2005 | Joint with JESSICA H | NA |
| | KIERSTEAD | |

**Account History:**
60 days past due as of Oct 2004
30 days past due as of May 2005, Apr 2005, Feb 2005, Dec
2004, Jul 2004 to Sep 2004, Mar 2004, Feb 2004

**SST/COLUMBUS BANK&TRUST**

| | | |
|---|---|---|
| **Address:** | **Account Number:** | |
| 4315 PICKETT RD | 403624000581.... | |
| SAINT JOSEPH, MO 64503 | | |
| *No phone number available* | | |

**Address Identification Number:**
0004942907

**Status:**  Paid,Closed.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 04/2004 | Revolving | $3,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 05/2004 | NA | $3,858 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 09/2010 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2010 | Individual | NA |

**Creditor's Statement:**  Account closed at credit grantor's
request.

**Account History:**
60 days past due as of Sep 2005
30 days past due as of Nov 2005, Aug 2005

**Balance History:**
08/2010  $0
07/2010  $0
06/2010  $0
05/2010  $0
04/2010  $0
03/2010  $0
02/2010  $0
01/2010  $0
12/2009  $0
11/2009  $0
10/2009  $0
09/2009  $0
08/2009  $4
07/2009  $4
06/2009  $3
05/2009  $563
04/2009  $564
03/2009  $821
02/2009  $624

01/2009  $624
12/2008  $625
11/2008  $626
10/2008  $906
09/2008  $930

Between Sep 2008 and Aug 2010, your credit limit/high balance
was $3,500


**TD BANK**
**Address:**                    **Account Number:**
PO BOX 219                      65105....
LEWISTON, ME 04243
*No phone number available*
**Address Identification Number:**
0004942907

**Status:** Paid,Closed.

| | | |
|---|---|---|
| **Date Opened:**<br>12/2003 | **Type:**<br>Installment | **Credit Limit/Original Amount:**<br>$24,453 |
| **Reported Since:**<br>12/2003 | **Terms:**<br>72 Months | **High Balance:**<br>NA |
| **Date of Status:**<br>10/2005 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>10/2005 | **Responsibility:**<br>Joint with JESSICA<br>KIERSTEAD | **Recent Payment:**<br>NA |

**Account History:**
60 days past due as of Sep 2005, Feb 2005 to Jun 2005, Nov
2004
30 days past due as of Aug 2005, Jan 2005, Dec 2004, Oct
2004, Jun 2004 to Aug 2004, Apr 2004


## Accounts in Good Standing

back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to
appear on your report for up to ten year.

**AVCO FINANCIAL SERVICES**
**Address:**                    **Account Number:**
3300 S PARKER RD STE 330        504498150780....
AURORA, CO 80014
*No phone number available*
**Address Identification Number:**
0004942331

**Status:** Paid,Closed/Never late.          **Status Details:** This account is scheduled to continue on record
                                             until Oct 2011.

| | | |
|---|---|---|
| **Date Opened:**<br>02/1999 | **Type:**<br>Revolving | **Credit Limit/Original Amount:**<br>$5,000 |
| **Reported Since:**<br>02/1999 | **Terms:**<br>NA | **High Balance:**<br>$1,677 |
| **Date of Status:**<br>10/2001 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>10/2001 | **Responsibility:**<br>Individual | **Recent Payment:**<br>NA |

**Your Statement:**

Account closed at consumer's request.


**BAC HOME LOANS/COUNTRYWIDE**
**Address:**                    **Account Number:**
450 AMERICAN ST # SV416         12132....
SIMI VALLEY, CA 93065
(800) 669-6607
**Address Identification Number:**
0004942331

**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:**<br>11/2005 | **Type:**<br>Mortgage | **Credit Limit/Original Amount:**<br>$165,000 |
| **Reported Since:** | | **High Balance:** |

| 02/2006 | | NA |
|---|---|---|
| **Date of Status:** | **Terms:** | |
| 08/2010 | 30 Years | **Recent Balance:** |
| **Last Reported:** | **Monthly Payment:** | $155,477 as of 08/2010 |
| 08/2010 | $1,056 | **Recent Payment:** |
| | **Responsibility:** | $0 |
| | Joint with DEBRA I | |
| | KIERSTEAD | |

**Balance History:**
07/2010   $155,674
06/2010   $155,870
05/2010   $156,065
04/2010   $156,259
03/2010   $156,452
02/2010   $156,643
01/2010   $156,834
12/2009   $157,024
11/2009   $157,212
10/2009   $157,400
09/2009   $157,586
08/2009   $157,772
07/2009   $157,956
06/2009   $158,140
05/2009   $158,322
04/2009   $158,504
03/2009   $158,684
02/2009   $158,863
01/2009   $159,042
12/2008   $159,219
11/2008   $159,396
10/2008   $159,571
09/2008   $159,746

The original amount of this account was $165,000

**BAC HOME LOANS/COUNTRYWIDE**
**Address:**                          **Account Number:**
450 AMERICAN ST # SV416      3794....
SIMI VALLEY, CA 93065
(800) 669-6607
**Address Identification Number:**
0004942331

**Status:**  Open/Never late.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 07/2004 | Mortgage | $155,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 01/2005 | 15 Years | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 08/2010 | $1,350 | $110,180 as of 08/2010 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 08/2010 | Joint with DEBRA I | $0 |
| | KIERSTEAD | |

**Balance History:**
07/2010   $110,930
06/2010   $111,675
05/2010   $112,416
04/2010   $113,154
03/2010   $113,887
02/2010   $114,616
01/2010   $115,342
12/2009   $116,063
11/2009   $116,781
10/2009   $117,495
09/2009   $118,205
08/2009   $118,911
07/2009   $119,613
06/2009   $120,312
05/2009   $121,006
04/2009   $121,697
03/2009   $122,385
02/2009   $123,068
01/2009   $123,748
12/2008   $124,424
11/2008   $125,097
10/2008   $125,766
09/2008   $126,431

The original amount of this account was $155,000

**BANK OF AMERICA**
**Address:**              **Account Number:**
9000 SOUTHSIDE BLVD BLDG6301002335....
600
JACKSONVILLE, FL 32256
(800) 215-6195
**Address Identification Number:**
0004942331

**Status:**  Open/Never late.

| | | |
|---|---|---|
| **Date Opened:**<br>12/2009 | **Type:**<br>Installment | **Credit Limit/Original Amount:**<br>$22,490 |
| **Reported Since:**<br>12/2009 | **Terms:**<br>60 Months | **High Balance:**<br>NA |
| **Date of Status:**<br>08/2010 | **Monthly Payment:**<br>$417 | **Recent Balance:**<br>$20,203 as of 08/2010 |
| **Last Reported:**<br>08/2010 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |

**Balance History:**
07/2010  $20,129
06/2010  $20,891
05/2010  $21,235
04/2010  $21,576
03/2010  $21,918
02/2010  $22,256
01/2010  $22,601
12/2009  $22,519

The original amount of this account was $22,490


**BANK OF AMERICA**
**Address:**              **Account Number:**
PO BOX 17054               431302469464....
WILMINGTON, DE 19850
(800) 421-2110
**Address Identification Number:**
0004942331

**Status:**  Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record
                                                    until Jul 2018.

| | | |
|---|---|---|
| **Date Opened:**<br>02/2004 | **Type:**<br>Revolving | **Credit Limit/Original Amount:**<br>$5,000 |
| **Reported Since:**<br>02/2004 | **Terms:**<br>NA | **High Balance:**<br>NA |
| **Date of Status:**<br>07/2008 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>$0 /paid as of 07/2008 |
| **Last Reported:**<br>07/2008 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |

**Creditor's Statement:**  Account closed at credit grantor's
request.


**BANK OF AMERICA**
**Address:**              **Account Number:**
PO BOX 17054               431302533623....
WILMINGTON, DE 19850
(800) 421-2110
**Address Identification Number:**
0004942331

**Status:**  Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record
                                                    until Sep 2018.

| | | |
|---|---|---|
| **Date Opened:**<br>09/1997 | **Type:**<br>Revolving | **Credit Limit/Original Amount:**<br>$25,000 |
| **Reported Since:**<br>10/1997 | **Terms:**<br>NA | **High Balance:**<br>$5,328 |
| **Date of Status:**<br>09/2008 | **Monthly Payment:**<br>$10 | **Recent Balance:**<br>$0 as of 09/2008 |
| **Last Reported:**<br>09/2008 | **Responsibility:**<br>Authorized user | **Recent Payment:**<br>$10 |

**Your Statement:**

Account closed at consumer's request.

**BANK OF AMERICA**

| | | |
|---|---|---|
| **Address:** | **Account Number:** | |
| PO BOX 17054 | 549035440962.... | |
| WILMINGTON, DE 19850 | | |
| (800) 421-2110 | | |

**Address Identification Number:**
0004942331

**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 11/2008 | Revolving | $15,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 11/2008 | NA | $3,008 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 09/2010 | $15 | $83 as of 09/2010 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2010 | Authorized user | $3 |

**Balance History:**

| | |
|---|---|
| 08/2010 | $0 |
| 07/2010 | $367 |
| 06/2010 | $425 |
| 05/2010 | $0 |
| 04/2010 | $2,343 |
| 03/2010 | $680 |
| 02/2010 | $148 |
| 01/2010 | $371 |
| 12/2009 | $0 |
| 11/2009 | $0 |
| 10/2009 | $326 |
| 09/2009 | $0 |
| 08/2009 | $0 |
| 07/2009 | $931 |
| 06/2009 | $90 |
| 05/2009 | $0 |
| 04/2009 | $0 |
| 03/2009 | $0 |
| 02/2009 | $1,163 |
| 01/2009 | $2,053 |
| 12/2008 | $1,443 |
| 11/2008 | $0 |

Between Nov 2008 and Aug 2010, your credit limit/high balance was $15,000

**BANK OF AMERICA**

| | | |
|---|---|---|
| **Address:** | **Account Number:** | |
| PO BOX 17054 | 549035521803.... | |
| WILMINGTON, DE 19850 | | |
| (800) 421-2110 | | |

**Address Identification Number:**
0004942331

**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 02/2004 | Revolving | $24,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 02/2004 | NA | $11,571 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 09/2010 | $15 | $849 as of 09/2010 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2010 | Individual | $290 |

**Balance History:**

| | |
|---|---|
| 08/2010 | $370 |
| 07/2010 | $290 |
| 06/2010 | $352 |
| 05/2010 | $686 |
| 04/2010 | $347 |
| 03/2010 | $393 |
| 02/2010 | $585 |
| 01/2010 | $2,679 |
| 12/2009 | $775 |
| 11/2009 | $1,348 |
| 10/2009 | $1,428 |
| 09/2009 | $899 |
| 08/2009 | $1,354 |
| 07/2009 | $417 |
| 06/2009 | $274 |
| 05/2009 | $841 |
| 04/2009 | $293 |
| 03/2009 | $1,612 |
| 02/2009 | $2,695 |

01/2009  $3,525
12/2008  $919
11/2008  $1,495
10/2008  $86
09/2008  $71

Between Sep 2008 and Aug 2010, your credit limit/high balance was $24,500

**BARCLAYS BANK DELAWARE**

| **Address:** | **Account Number:** |
|---|---|
| 125 S WEST ST | 486896000641.... |
| WILMINGTON, DE 19801 | |
| *No phone number available* | |

**Address Identification Number:**
0004942331

**Status:**  Open/Never late.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 07/2008 | Revolving | $26,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 07/2008 | NA | $1,637 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 09/2010 | $15 | $694 as of 09/2010 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2010 | Authorized user | $465 |

**Balance History:**
08/2010  $465
07/2010  $798
06/2010  $56
05/2010  $181
04/2010  $40
03/2010  $0
02/2010  $8
01/2010  $385
12/2009  $1,370
11/2009  $0
10/2009  $165
09/2009  $99
08/2009  $0
07/2009  $462
06/2009  $12
05/2009  $316
04/2009  $130
03/2009  $104
02/2009  $522
01/2009  $383
12/2008  $453
11/2008  $0
10/2008  $0
09/2008  $110

Between Sep 2008 and Aug 2010, your credit limit/high balance was $26,000

**CAPITAL ONE**

| **Address:** | **Account Number:** |
|---|---|
| PO BOX 30281 | 414709706218.... |
| SALT LAKE CITY, UT 84130 | |
| (800) 955-7070 | |

**Address Identification Number:**
0004942331

**Status:**  Closed/Never late.                          **Status Details:**  This account is scheduled to continue on record until Jan 2018.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 06/2005 | Revolving | NA |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 06/2005 | 1 Months | $7,131 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 01/2008 | $19 | $0 /paid as of 01/2008 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 01/2008 | Joint with DEBRA I | $64 |
| | KIERSTEAD | |

**Your Statement:**

Account closed at consumer's request.

**CAPITAL ONE**
**Address:**                          **Account Number:**
PO BOX 30281                          517805267481....
SALT LAKE CITY, UT 84130
(800) 955-7070
**Address Identification Number:**
0004942907
**Status:** Closed/Never late.                    **Status Details:** This account is scheduled to continue on record
                                                  until Apr 2017.

**Date Opened:**          **Type:**               **Credit Limit/Original Amount:**
08/2006                   Revolving               NA
**Reported Since:**       **Terms:**              **High Balance:**
08/2006                   NA                      $68
**Date of Status:**       **Monthly Payment:**    **Recent Balance:**
04/2007                   $15                     $0 /paid as of 04/2007
**Last Reported:**        **Responsibility:**     **Recent Payment:**
04/2007                   Individual              $39

**Your Statement:**

Account closed at consumer's request.


**CHASE BANK USA**
**Address:**                          **Account Number:**
PO BOX 15298                          514922102021....
WILMINGTON, DE 19850
(800) 955-9900
**Address Identification Number:**
0004942331
**Status:** Paid,Closed/Never late.              **Status Details:** This account is scheduled to continue on record
                                                  until Sep 2019.

**Date Opened:**          **Type:**               **Credit Limit/Original Amount:**
05/1996                   Revolving               NA
**Reported Since:**       **Terms:**              **High Balance:**
12/1995                   1 Months                $2,071
**Date of Status:**       **Monthly Payment:**    **Recent Balance:**
09/2009                   $0                      NA
**Last Reported:**        **Responsibility:**     **Recent Payment:**
09/2009                   Individual              NA

**Your Statement:**

Account closed at consumer's request.

**Balance History:**
08/2009   $0
07/2009   $0
06/2009   $0
05/2009   $1
04/2009   $50
03/2009   $32
02/2009   $125
01/2009   $0
12/2008   $63
11/2008   $471
10/2008   $891
09/2008   $1,035

Between Sep 2008 and Aug 2009, your credit limit/high balance
was $0


**CHASE BANK USA**
**Address:**                          **Account Number:**
PO BOX 15298                          518445020036....
WILMINGTON, DE 19850
(800) 955-9900
**Address Identification Number:**
0004942331
**Status:** Paid,Closed/Never late.              **Status Details:** This account is scheduled to continue on record
                                                  until Apr 2018.

**Date Opened:**          **Type:**               **Credit Limit/Original Amount:**

| | | |
|---|---|---|
| 12/2000 | Revolving | $5,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 05/2001 | NA | $3,545 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 04/2008 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 04/2008 | Authorized user | NA |

**Your Statement:**

Account closed at consumer's request.

### CHASE BANK USA

**Address:**                                    **Account Number:**
PO BOX 15298                                  426688009614....
WILMINGTON, DE 19850
(800) 955-9900
**Address Identification Number:**
0004942331
**Status:** Paid,Closed/Never late.                          **Status Details:** This account is scheduled to continue on record until Sep 2019.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 12/2003 | Revolving | $12,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 12/2003 | NA | $539 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 09/2009 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2009 | Authorized user | NA |

**Your Statement:**

Account closed at consumer's request.

**Balance History:**
08/2009   $0
07/2009   $69
06/2009   $226
05/2009   $187
04/2009   $164
03/2009   $134
02/2009   $193
01/2009   $76
12/2008   $253
11/2008   $294
10/2008   $183
09/2008   $207

Between Sep 2008 and Aug 2009, your credit limit/high balance was $12,000

### CITIBANK/CITGO

**Address:**                                    **Account Number:**
PO BOX 6497                                    64427....
SIOUX FALLS, SD 57117
*No phone number available*
**Address Identification Number:**
0004942331
**Status:** Transferred,closed/Never late.                   **Status Details:** This account is scheduled to continue on record until Apr 2017.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 11/1994 | Revolving | $1,600 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 10/2000 | NA | $183 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 04/2007 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 04/2007 | Individual | NA |

**Creditor's Statement:** Account closed due to transfer.

### CITI CARDS/CITIBANK
**Address:**                                    **Account Number:**

PO BOX 6500                       542418043580....
SIOUX FALLS, SD 57117
(800) 843-0777
**Address Identification Number:**
0005283307

**Status:**  Closed/Never late.                              **Status Details:**  This account is scheduled to continue on record
                                                              until Jul 2012.

| | | |
|---|---|---|
| **Date Opened:** 10/1999 | **Type:** Revolving | **Credit Limit/Original Amount:** NA |
| **Reported Since:** 10/1999 | **Terms:** NA | **High Balance:** $27 |
| **Date of Status:** 09/2000 | **Monthly Payment:** $0 | **Recent Balance:** $0 /paid as of 07/2002 |
| **Last Reported:** 07/2002 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Creditor's Statement:**  Account closed at credit grantor's
request.


**CITIBANK**
**Address:**                       **Account Number:**
PO BOX 6241                       541931001287....
SIOUX FALLS, SD 57117
*No phone number available*
**Address Identification Number:**
0004942331

**Status:**  Paid,Closed/Never late.                         **Status Details:**  This account is scheduled to continue on record
                                                              until Dec 2017.

| | | |
|---|---|---|
| **Date Opened:** 03/2007 | **Type:** Revolving | **Credit Limit/Original Amount:** $7,500 |
| **Reported Since:** 03/2007 | **Terms:** NA | **High Balance:** NA |
| **Date of Status:** 12/2007 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 12/2007 | **Responsibility:** Individual | **Recent Payment:** NA |

**Your Statement:**

Account closed at consumer's request.


**CITIZENS BANK**
**Address:**                       **Account Number:**
1 CITIZENS DR                     30125....
RIVERSIDE, RI 02915
(800) 922-9999
**Address Identification Number:**
0004942331

**Status:**  Paid,Closed/Never late.                         **Status Details:**  This account is scheduled to continue on record
                                                              until Jul 2011.

| | | |
|---|---|---|
| **Date Opened:** 12/1998 | **Type:** Installment | **Credit Limit/Original Amount:** $8,291 |
| **Reported Since:** 02/1999 | **Terms:** 30 Months | **High Balance:** NA |
| **Date of Status:** 07/2001 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 07/2001 | **Responsibility:** Joint with DEBRA I KIERSTEAD | **Recent Payment:** NA |


**EVERGREEN CREDIT UNION**
**Address:**                       **Account Number:**
35 CUMBERLAND ST                  5930....
WESTBROOK, ME 04092
*No phone number available*
**Address Identification Number:**
0004942331

**Status:**  Open/Never late.

| | |
|---|---|
| **Date Opened:** 02/2008 | **Type:** Revolving | **Credit Limit/Original Amount:** $88,000 |
| **Reported Since:** | | **High Balance:** |

https://annualcreditreport.experian.com/AnnualCreditReport/cac/FullReport.do                    9/22/2010

| | | |
|---|---|---|
| 04/2008 | **Terms:** | $64,034 |
| **Date of Status:** | NA | **Recent Balance:** |
| 09/2010 | **Monthly Payment:** | $63,405 as of 09/2010 |
| **Last Reported:** | $170 | **Recent Payment:** |
| 09/2010 | **Responsibility:** | $500 |
| | Joint with DEBRA I | |
| | KIERSTEAD | |

**Balance History:**
08/2010  $63,734
07/2010  $57,886
06/2010  $49,950
05/2010  $50,032
04/2010  $44,209
03/2010  $44,366
02/2010  $48,366
01/2010  $41,251
12/2009  $41,551
11/2009  $41,640
10/2009  $42,025
08/2009  $42,910
07/2009  $39,500
06/2009  $40,000
05/2009  $40,479
04/2009  $40,979
03/2009  $40,979
01/2009  $35,557
12/2008  $36,057
11/2008  $36,351
10/2008  $36,351
09/2008  $36,850

Between Sep 2008 and Aug 2010, your credit limit/high balance
was $88,000


**FIRST NATIONAL BANK OF OMAHA**

| | |
|---|---|
| **Address:** | **Account Number:** |
| PO BOX 3412 | 444278297600.... |
| OMAHA, NE 68103 | |
| *No phone number available* | |
| **Address Identification Number:** | |
| 0004942907 | |

**Status:** Paid,Closed/Never late.                    **Status Details:** This account is scheduled to continue on record
                                                        until Jan 2016.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 04/2002 | Revolving | $1,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 05/2002 | NA | $1,624 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 01/2006 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 01/2006 | Individual | NA |

**Your Statement:**

Account closed at consumer's request.


**FIRST NATIONAL BANK OF OMAHA**

| | |
|---|---|
| **Address:** | **Account Number:** |
| PO BOX 3412 | 444283397500.... |
| OMAHA, NE 68103 | |
| *No phone number available* | |
| **Address Identification Number:** | |
| 0004942331 | |

**Status:** Paid,Closed/Never late.                    **Status Details:** This account is scheduled to continue on record
                                                        until Nov 2016.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 07/2002 | Revolving | $2,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 08/2002 | NA | $2,480 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 11/2006 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 11/2006 | Joint with MICHELE F | NA |
| | KIERSTEAD | |

**Your Statement:**

Account closed at consumer's request.

**FIRST NATIONAL BANK OF OMAHA**
**Address:**                              **Account Number:**
PO BOX 3412                               448195497600....
OMAHA, NE 68103
*No phone number available*
**Address Identification Number:**
0004942331
**Status:**  Paid,Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record until Nov 2016.

**Date Opened:**          **Type:**              **Credit Limit/Original Amount:**
04/2002                   Revolving              $15,000
**Reported Since:**       **Terms:**             **High Balance:**
05/2002                   NA                     $14,642
**Date of Status:**       **Monthly Payment:**   **Recent Balance:**
11/2006                   $0                     NA
**Last Reported:**        **Responsibility:**    **Recent Payment:**
11/2006                   Joint with DEBRA I     NA
                          KIERSTEAD

**Your Statement:**

Account closed at consumer's request.

**GMAC**
**Address:**                              **Account Number:**
PO BOX 380901                             20116040....
BLOOMINGTON, MN 55438
(800) 200-4622
**Address Identification Number:**
0004942331
**Status:**  Paid,Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record until Jul 2011.

**Date Opened:**          **Type:**              **Credit Limit/Original Amount:**
05/1999                   Installment            $28,380
**Reported Since:**       **Terms:**             **High Balance:**
06/1999                   24 Months              NA
**Date of Status:**       **Monthly Payment:**   **Recent Balance:**
07/2001                   $0                     NA
**Last Reported:**        **Responsibility:**    **Recent Payment:**
07/2001                   Joint with DEBRA I     NA
                          KIERSTEAD

**GMAC MORTGAGE**
**Address:**                              **Account Number:**
PO BOX 4622                               30624....
WATERLOO, IA 50704
(800) 766-4622
**Address Identification Number:**
0004942331
**Status:**  Paid,Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record until Nov 2013.

**Date Opened:**          **Type:**              **Credit Limit/Original Amount:**
03/1994                   Mortgage               $73,800
**Reported Since:**       **Terms:**             **High Balance:**
04/1997                   30 Years               NA
**Date of Status:**       **Monthly Payment:**   **Recent Balance:**
11/2003                   $0                     NA
**Last Reported:**        **Responsibility:**    **Recent Payment:**
11/2003                   Joint with DEBRA I     NA
                          KIERSTEAD

**GPM CREDIT UNION**
**Address:**                              **Account Number:**
PO BOX 2320                               485197000983....
SOUTH PORTLAND,
ME 04116
*No phone number available*

**Address Identification Number:**
0004942331
**Status:** Transferred,closed/Never late.

| | | |
|---|---|---|
| **Date Opened:** 04/1999 | **Type:** Revolving | **Credit Limit/Original Amount:** $15,000 |
| **Reported Since:** 04/1999 | **Terms:** NA | **High Balance:** $12,847 |
| **Date of Status:** 05/2002 | **Monthly Payment:** $213 | **Recent Balance:** NA |
| **Last Reported:** 05/2002 | **Responsibility:** Joint with DEBRA I KIERSTEAD | **Recent Payment:** NA |

**Status Details:** This account is scheduled to continue on record until May 2012.

**Creditor's Statement:** Purchased by another lender.

---

**GPM CREDIT UNION**
**Address:**
PO BOX 2320
SOUTH PORTLAND,
ME 04116
*No phone number available*
**Address Identification Number:**
0004942331
**Status:** Transferred,closed/Never late.

**Account Number:**
485197000983....

**Status Details:** This account is scheduled to continue on record until May 2012.

| | | |
|---|---|---|
| **Date Opened:** 03/2000 | **Type:** Revolving | **Credit Limit/Original Amount:** $1,000 |
| **Reported Since:** 03/2000 | **Terms:** NA | **High Balance:** $513 |
| **Date of Status:** 05/2002 | **Monthly Payment:** $10 | **Recent Balance:** NA |
| **Last Reported:** 05/2002 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:** Purchased by another lender.

---

**GPM CREDIT UNION**
**Address:**
PO BOX 2320
SOUTH PORTLAND,
ME 04116
*No phone number available*
**Address Identification Number:**
0004942331
**Status:** Transferred,closed/Never late.

**Account Number:**
5930....

**Status Details:** This account is scheduled to continue on record until Mar 2018.

| | | |
|---|---|---|
| **Date Opened:** 02/2008 | **Type:** Mortgage | **Credit Limit/Original Amount:** $10,000 |
| **Reported Since:** 02/2008 | **Terms:** NA | **High Balance:** NA |
| **Date of Status:** 03/2008 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 03/2008 | **Responsibility:** Joint with DEBRA I KIERSTEAD | **Recent Payment:** NA |

---

**GPM CREDIT UNION**
**Address:**
PO BOX 2320
SOUTH PORTLAND,
ME 04116
*No phone number available*
**Address Identification Number:**
0004942331
**Status:** Paid,Closed/Never late.

**Account Number:**
59....

**Status Details:** This account is scheduled to continue on record until Apr 2013.

| | | |
|---|---|---|
| **Date Opened:** 12/1998 | **Type:** Installment | **Credit Limit/Original Amount:** $37,150 |
| **Reported Since:** | | **High Balance:** |

| | | |
|---|---|---|
| 01/1999 | **Terms:** | NA |
| **Date of Status:** | 15 Years | **Recent Balance:** |
| 04/2003 | **Monthly Payment:** | NA |
| **Last Reported:** | $0 | **Recent Payment:** |
| 04/2003 | **Responsibility:** | NA |
| | Co-signer with DEBRA I | |
| | KIERSTEAD | |

**GATEWAY/CITIBANK**
**Address:**                    **Account Number:**
PO BOX 6497                     601176620690....
SIOUX FALLS, SD 57117
*No phone number available*
**Address Identification Number:**
0004942907

**Status:**  Inactive/Never late.                    **Status Details:**  This account is scheduled to continue on record
until Sep 2014.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 08/2003 | Revolving | $3,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 08/2003 | NA | $1,973 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 09/2004 | $0 | $0 /paid as of 09/2004 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 09/2004 | Individual | $1,815 |

**HSBC BANK**
**Address:**                    **Account Number:**
PO BOX 5253                     549109861426....
CAROL STREAM, IL 60197
(800) 477-6000
**Address Identification Number:**
0004942907

**Status:**  Paid,Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record
until Nov 2018.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 08/2006 | Revolving | $5 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 08/2006 | NA | $1,951 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 11/2008 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 11/2008 | Individual | NA |

**Balance History:**
10/2008   $0
09/2008   $0

Between Sep 2008 and Oct 2008, your credit limit/high balance
was $2,000

**KAY JEWELERS**
**Address:**                    **Account Number:**
375 GHENT RD                    305217....
FAIRLAWN, OH 44333
*No phone number available*
**Address Identification Number:**
0004942331

**Status:**  Paid,Closed/Never late.                    **Status Details:**  This account is scheduled to continue on record
until Mar 2020.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 12/2000 | Revolving | $5,074 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 12/2000 | NA | $5,074 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 03/2010 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 03/2010 | Joint with DEBRA KIERSTEAD | NA |

**Balance History:**
02/2010   $0
01/2010   $0
12/2009   $0

```
11/2009   $0
10/2009   $0
09/2009   $0
08/2009   $0
07/2009   $0
06/2009   $0
05/2009   $0
04/2009   $0
03/2009   $0
02/2009   $0
01/2009   $0
12/2008   $0
11/2008   $0
10/2008   $0
09/2008   $0
```

Between Feb 2009 and Feb 2010, your credit limit/high balance
was $5,074
Between Sep 2008 and Jan 2009, your credit limit/high balance
was $7,650


**KAY JEWELERS**

| | | |
|---|---|---|
| **Address:**<br>375 GHENT RD<br>FAIRLAWN, OH 44333<br>*No phone number available*<br>**Address Identification Number:**<br>0004942907 | **Account Number:**<br>306818.... | |

**Status:**  Open/Never late.

| | | |
|---|---|---|
| **Date Opened:**<br>05/2003 | **Type:**<br>Revolving | **Credit Limit/Original Amount:**<br>$512 |
| **Reported Since:**<br>06/2003 | **Terms:**<br>NA | **High Balance:**<br>$512 |
| **Date of Status:**<br>03/2008 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>$0 /paid as of 03/2008 |
| **Last Reported:**<br>03/2008 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |


**KEY BANK OF MAINE**

| | | |
|---|---|---|
| **Address:**<br>4910 TIEDEMAN RD<br>BROOKLYN, OH 44144<br>(800) 539-2968<br>**Address Identification Number:**<br>Not Available | **Account Number:**<br>9619610202.... | |

**Status:**  Paid,Closed/Never late.      **Status Details:**  This account is scheduled to continue on record until Nov 2015.

| | | |
|---|---|---|
| **Date Opened:**<br>04/2004 | **Type:**<br>Revolving | **Credit Limit/Original Amount:**<br>$157,000 |
| **Reported Since:**<br>04/2004 | **Terms:**<br>NA | **High Balance:**<br>$101,566 |
| **Date of Status:**<br>11/2005 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>11/2005 | **Responsibility:**<br>Joint | **Recent Payment:**<br>NA |


**NEW CENTURY MORTGAGE CORP**

| | | |
|---|---|---|
| **Address:**<br>18400 VON KARMAN AVE<br>STE 1000<br>IRVINE, CA 92612<br>*No phone number available*<br>**Address Identification Number:**<br>0004942331 | **Account Number:**<br>168.... | |

**Status:**  Transferred,closed/Never late.      **Status Details:**  This account is scheduled to continue on record until Dec 2014.

| | | |
|---|---|---|
| **Date Opened:**<br>07/2004 | **Type:**<br>Mortgage | **Credit Limit/Original Amount:**<br>$155,000 |
| **Reported Since:**<br>07/2004 | **Terms:**<br>15 Years | **High Balance:**<br>NA |
| **Date of Status:**<br>12/2004 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:** | | **Recent Payment:** |

12/2004

**Responsibility:**
Joint with DEBRA I
KIERSTEAD

NA

**Creditor's Statement:** Account transferred to another lender.

**SALLIE MAE**
**Address:**                    **Account Number:**
11100 USA PKWY                  95549833661....
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0004942907

**Status:** Paid,Closed/Never late.              **Status Details:** This account is scheduled to continue on record until Aug 2016.

**Date Opened:**        **Type:**               **Credit Limit/Original Amount:**
11/1998                 Installment             $2,625
**Reported Since:**                              **High Balance:**
03/2000                 **Terms:**              NA
**Date of Status:**     120 Months              **Recent Balance:**
08/2006                 **Monthly Payment:**    NA
**Last Reported:**      $0                       **Recent Payment:**
08/2006                 **Responsibility:**     NA
                        Individual

**SALLIE MAE**
**Address:**                    **Account Number:**
11100 USA PKWY                  95549833661....
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0004942907

**Status:** Paid,Closed/Never late.              **Status Details:** This account is scheduled to continue on record until Aug 2016.

**Date Opened:**        **Type:**               **Credit Limit/Original Amount:**
09/1999                 Installment             $3,500
**Reported Since:**                              **High Balance:**
05/2000                 **Terms:**              NA
**Date of Status:**     120 Months              **Recent Balance:**
08/2006                 **Monthly Payment:**    NA
**Last Reported:**      $0                       **Recent Payment:**
08/2006                 **Responsibility:**     NA
                        Individual

**SALLIE MAE**
**Address:**                    **Account Number:**
11100 USA PKWY                  9554983366100032006....
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0004942907

**Status:** Open/Never late. Deferred, payments begin Nov 2010.

**Date Opened:**        **Type:**               **Credit Limit/Original Amount:**
08/2006                 Installment             $6,172
**Reported Since:**                              **High Balance:**
08/2006                 **Terms:**              NA
**Date of Status:**     120 Months              **Recent Balance:**
08/2010                 **Monthly Payment:**    $7,059 as of 08/2010
**Last Reported:**      $84                      **Recent Payment:**
08/2010                 **Responsibility:**     $0
                        Individual

**Balance History:**
07/2010  $7,017
06/2010  $6,974
05/2010  $6,933
04/2010  $6,891
03/2010  $6,850
02/2010  $6,808
01/2010  $6,771
12/2009  $6,730
11/2009  $6,689
10/2009  $6,649
09/2009  $6,693
08/2009  $6,737

07/2009   $6,780
06/2009   $6,823
05/2009   $6,866
04/2009   $6,908
03/2009   $6,867
02/2009   $6,826
01/2009   $6,788
12/2008   $6,747
11/2008   $6,706
10/2008   $6,667
09/2008   $6,626

The original amount of this account was $6,172

**TD BANK**
**Address:**
PO BOX 219
LEWISTON, ME 04243
*No phone number available*
**Address Identification Number:**
0004942331
**Status:**  Paid,Closed/Never late.

**Account Number:**
53011....

**Status Details:**  This account is scheduled to continue on record until Aug 2014.

| | | |
|---|---|---|
| **Date Opened:**<br>01/2004<br>**Reported Since:**<br>01/2004<br>**Date of Status:**<br>08/2004<br>**Last Reported:**<br>08/2004 | **Type:**<br>Revolving<br>**Terms:**<br>NA<br>**Monthly Payment:**<br>$0<br>**Responsibility:**<br>Joint with DEBRA KIERSTEAD | **Credit Limit/Original Amount:**<br>$100,000<br>**High Balance:**<br>$99,856<br>**Recent Balance:**<br>NA<br>**Recent Payment:**<br>NA |

**HOME DEPOT/CITIBANK**
**Address:**
PO BOX 6497
SIOUX FALLS, SD 57117
(800) 677-0232
**Address Identification Number:**
0004942331
**Status:**  Inactive/Never late.

**Account Number:**
603532005315....

**Status Details:**  This account is scheduled to continue on record until Aug 2015.

| | | |
|---|---|---|
| **Date Opened:**<br>01/1997<br>**Reported Since:**<br>12/1996<br>**Date of Status:**<br>08/2005<br>**Last Reported:**<br>08/2005 | **Type:**<br>Revolving<br>**Terms:**<br>NA<br>**Monthly Payment:**<br>$0<br>**Responsibility:**<br>Individual | **Credit Limit/Original Amount:**<br>$8,000<br>**High Balance:**<br>$999<br>**Recent Balance:**<br>$0 as of 08/2005<br>**Recent Payment:**<br>$0 |

**UNIVERSAL CARD/CITIBANK**
**Address:**
PO BOX 44167
JACKSONVILLE, FL 32231
*No phone number available*
**Address Identification Number:**
0344838365
**Status:**  Paid,Closed/Never late.

**Account Number:**
539882006467....

**Status Details:**  This account is scheduled to continue on record until Dec 2014.

| | | |
|---|---|---|
| **Date Opened:**<br>04/1999<br>**Reported Since:**<br>04/1999<br>**Date of Status:**<br>12/2004<br>**Last Reported:**<br>12/2004 | **Type:**<br>Revolving<br>**Terms:**<br>NA<br>**Monthly Payment:**<br>$0<br>**Responsibility:**<br>Individual | **Credit Limit/Original Amount:**<br>$500<br>**High Balance:**<br>NA<br>**Recent Balance:**<br>NA<br>**Recent Payment:**<br>NA |

**Creditor's Statement:**  Account closed at credit grantor's request.

## Record of Requests for Your Credit History

back to top

### Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

The section below lists all of the companies that have reviewed your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

#### EVERGREEN CREDIT UNION

**Address:**
225 RIVERSIDE ST
PORTLAND ME 04103
*No phone number available*
**Address Identification Number:**
0004942331
**Comments:**
Permissible purpose. This inquiry is scheduled to continue on record until Oct 2012.

**Date of Request:**
09/21/2010

#### NCCINC/QUIRK CHEVROLET P

**Address:**
1000 BRIGHTON AVE
PORTLAND ME 04102
*No phone number available*
**Address Identification Number:**
0004942331
**Comments:**
Auto loan. This inquiry is scheduled to continue on record until Jan 2012.

**Date of Request:**
12/21/2009

### Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- a static copy of your credit report provided to a subsequent user necessary to complete your mortgage loan application.

These inquiries do not affect your credit score.

#### FIRST USA

**Address:**
PO BOX 15298
WILMINGTON DE 19850
(800) 955-9900

**Date of Request:**
08/11/2010, 07/19/2010, 06/11/2010,
05/05/2010, 04/13/2010, 03/08/2010,
06/21/2009

#### AMEX

**Address:**
20022 NORTH 31ST STREET
PHOENIX AZ 85027
*No phone number available*

**Date of Request:**
07/23/2010, 05/21/2010, 03/25/2010,
02/22/2010, 01/22/2010

#### EMBRACE HOME LOANS

**Address:**
25 ENTERPRISE CTR
MIDDLETOWN RI 02842
*No phone number available*

**Date of Request:**
06/21/2010, 05/10/2010, 03/30/2010

**CAP ONE**
**Address:**
PO BOX 30281
SALT LAKE CITY UT 84130
*No phone number available*

**Date of Request:**
06/15/2010, 04/17/2010, 04/08/2010,
04/01/2010, 01/13/2010, 12/18/2009,
12/05/2009, 11/17/2009, 11/07/2009,
04/07/2009, 12/31/2008, 12/01/2008,
11/07/2008, 10/23/2008, 10/03/2008

**VILLAGE CAPITAL & INVEST**
**Address:**
700 E GATE DR STE 310
MOUNT LAUREL NJ 08054
*No phone number available*

**Date of Request:**
08/15/2010, 04/30/2010, 03/31/2010,
02/01/2010

**BANK OF AMERICA**
**Address:**
PO BOX 17054
WILMINGTON DE 19850
(800) 421-2110

**Date of Request:**
05/19/2010

**SST**
**Address:**
4315 PICKETT RD
SAINT JOSEPH MO 64503
*No phone number available*

**Date of Request:**
02/24/2010

**SST**
**Address:**

*No phone number available*

**Date of Request:**
01/25/2010

**GREENSKY CREDIT**
**Address:**
1797 N EAST EXPY NE STE 100
ATLANTA GA 30329
*No phone number available*

**Date of Request:**
07/08/2009

**PROGRESSIVE INSURANCE**
**Address:**
30440 LAKELAND BLVD
WICKLIFFE OH 44092
*No phone number available*

**Date of Request:**
01/26/2009

**CHASE CARD SERVICES**
**Address:**
PO BOX 15298
WILMINGTON DE 19850
*No phone number available*

**Date of Request:**
11/21/2008

**CAPITAL ONE FINANCIAL**
**Address:**
PO BOX 28625
RICHMOND VA 23261
*No phone number available*

**Date of Request:**
09/16/2008

**Personal Information**

back to top

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. If any Social Security number variations were reported to us, only the last four digits of each are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in these numbers may be part of the displayed portion or part of the hidden portion. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

**Names:**
ROBERT B KIERSTEAD
**Name identification number:** 15108

ROBERT KIERSTEAD
**Name identification number:** 16672

ROBERT KIERST
**Name identification number:** 29863

ROBERT KIERSTAD
**Name identification number:** 12727

ROBERT B KIERST
**Name identification number:** 24896

ROBERT BRIAN KIERSTEAD
**Name identification number:** 27630

KIERSTEAD ROBERT
**Name identification number:** 14291

**Social Security number variations:**
XXXXX2620

**Date of birth:**
04/25/1959

**Spouse or co-applicant:**
DEBRA

**Employers:**
KIERSTEAD CO
SELF

**Telephone numbers:**
(207) 232-8237 Cellular
(207) 767-5102
(207) 799-6801

**Address:** 39 BALTIMORE AVE
SOUTH PORTLAND, ME 04106-4451
**Address identification number:** 0004942331
**Type of Residence:** Single family
**Geographical Code:** 0-310020- 5-6400

**Address:** 84 JORDAN AVE
SOUTH PORTLAND, ME 04106-4704
**Address identification number:** 0004942907
**Type of Residence:** Single family
**Geographical Code:** 0-340020- 5-6400

**Address:** 211 CUMBERLAND HL
ORONO, ME 04473-
**Address identification number:** 0005283307
**Type of Residence:** Single family
**Geographical Code:** 0-00- 0-6400

**Address:** 404 CUMBERLAND HL
ORONO, ME 04473-
**Address identification number:** 0344838365
**Type of Residence:** Single family
**Geographical Code:** 0-00- 0-

**Address:** 38 OSBORNE AVE
SOUTH PORTLAND, ME 04106-4442
**Address identification number:** 0004942265
**Type of Residence:** Single family
**Geographical Code:** 0-310020- 5-

**Notices:**
This address has pertained to a business: 39 BALTIMORE AVE SOUTH PORTLAND ME 04106 .
GENERAL BUILDING CONTRACTOR: 39 BALTIMORE AVE, SOUTH PORTLAND, ME, 04106 .

**Important Message From Experian**

back to top

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Know your rights                                                                        <span style="float:right">back to top</span>

## FCRA Rights

**Para informacion en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.
  All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| Type of Business: | Contact: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 1 877 382 4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help PO Box 1200 Minneapolis, MN 55480 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 1 800 842 6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 1 703 519 4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638 1 877 275 3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation Office of Financial Management Washington, DC 20590 1 202 366 1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250 1 202 720 7051 |

## States Rights

Notification of rights for Alaska consumers
Notification of rights for Arkansas consumers
Notification of rights for California consumers
California notice of your rights to request and obtain your credit score
Notification of rights for Colorado consumers
Notification of rights for Connecticut consumers
Notification of rights for Delaware consumers
Notification of rights for District of Columbia consumers
Notification of rights for Florida consumers
Notification of rights for Georgia consumers
Notification of rights for Indiana consumers
Notification of rights for Maryland consumers
Notification of rights for Massachusetts consumers
Notification of rights for Missouri consumers
Notification of rights for Montana consumers
Notification of rights for Nevada consumers
Notification of rights for New Hampshire consumers
Notification of rights for New Jersey consumers
Notification of rights for New Mexico consumers
Notification of rights for New York consumers
Notification of rights for North Carolina consumers
Notification of rights for North Dakota consumers
Notification of rights for Ohio consumers
Notification of rights for Oklahoma consumers
Notification of rights for Rhode Island consumers
Notification of rights for Tennessee consumers
Notification of rights for Texas consumers
Notification of rights for Vermont consumers
Notification of rights for Virginia consumers
Notification of rights for Washington consumers
Notification of rights for West Virginia consumers
Notification of rights for Wisconsin consumers

©Experian 2010. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

# EXHIBIT 13

# EXHIBIT a

## California Secretary of State Debra Bowen

common good   privacy   All people   Liberty   Speak   without discrimination.

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

**Customer Alert**
(misleading business solicitations)

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | CAPITAL ONE FINANCIAL, LLC. |
| Entity Number: | 200432210176 |
| Date Filed: | 10/13/2004 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 1528 E. CYRENE DRIVE |
| Entity City, State, Zip: | CARSON CA 90746 |
| Agent for Service of Process: | HILARIA BOWDEN |
| Agent Address: | 8306 WILSHIRE BLVD., STE. 242 |
| Agent City, State, Zip: | BEVERLY HILLS CA 90211 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

87

# EXHIBIT b

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | BANK OF AMERICA CORPORATION |
| **Entity Number:** | C2128692 |
| **Date Filed:** | 12/28/1998 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 401 N TRYON ST, NC1-021-02-20 |
| **Entity City, State, Zip:** | CHARLOTTE NC 28255 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

http://kepler.sos.ca.gov/cbs.aspx                                                    3/14/2011

# EXHIBIT c

All people Speak without discrimination
# California Secretary of State Debra Bowen

Secretary of State        Administration      Elections      Business Programs      Political Reform      Archives      Registries

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

**Customer Alert**
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | PROGRESSIVE ADVANCED INSURANCE COMPANY |
| Entity Number: | C2468716 |
| Date Filed: | 09/25/2002 |
| Status: | ACTIVE |
| Jurisdiction: | OHIO |
| Entity Address: | 6300 WILSON MILLS ROAD, W33 |
| Entity City, State, Zip: | MAYFIELD VILLAGE OH 44143 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W 7TH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search      New Search      Printer Friendly      Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2011   California Secretary of State

# EXHIBIT d

# Business Entity Detail

Data is updated weekly and is current as of Friday, March 11, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | AMERICAN EXPRESS COMPANY |
| **Entity Number:** | C0492514 |
| **Date Filed:** | 06/15/1965 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | NEW YORK |
| **Entity Address:** | 200 VESEY ST 30TH FL |
| **Entity City, State, Zip:** | NEW YORK NY 10285 |
| **Agent for Service of Process:** | C T CORPORATION SYSTEM |
| **Agent Address:** | 818 W 7TH ST |
| **Agent City, State, Zip:** | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

# EXHIBIT 14



| Court Information | Statistics | My Account | Logout |

### All Court Types Party Search
Fri Mar 18 08:07:21 2011

11 records found

User: fm0118      ( Filter Results )      ( Download )      ( New Search )

Client: Kierstead
Search: All Court Types Party Search Name Experian Maine Page: 1

---

### Civil Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | EXPERIAN GROUP LIMITED (dft) | medce | 2:2007-cv-00044 | 480 | 03/22/2007 | 10/22/2007 |
| 2 | EXPERIAN INFORMATION SOLUTIONS INCORPORATED (dft) | medce | 2:2004-cv-00076 | 890 | 04/20/2004 | 03/25/2005 |
| 3 | EXPERIAN INFORMATION SOLUTIONS INCORPORATED (dft) | medce | 1:2005-cv-00017 | 480 | 01/26/2005 | 02/03/2006 |
| 4 | EXPERIAN INFORMATION SOLUTIONS INCORPORATED (dft) | medce | 2:2007-cv-00044 | 480 | 03/22/2007 | 10/22/2007 |
| 5 | EXPERIAN INFORMATION SOLUTIONS, INC. (dft) | medce | 2:2000-cv-00301 | 890 | 10/18/2000 | 02/08/2001 |

### Appellate Results

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 6 | Experian (pty) | 01cae | 10-2249 | 3480 | 11/01/2010 | |
| 7 | Experian Information Solutions, Inc. (pty) | 01cae | 99-2251 | 3442 | 11/22/1999 | 02/29/2000 |
| 8 | Experian Information Solutions, Inc. (pty) | 01cae | 03-1939 | 3890 | 07/03/2003 | 04/06/2004 |
| 9 | Experian Information Solutions, Inc. (pty) | 01cae | 05-2824 | 3440 | 12/07/2005 | 05/12/2006 |
| 10 | Experian Information Solutions, Inc. (pty) | 01cae | 08-8057 | 1 | 09/11/2008 | 10/06/2008 |
| 11 | Experian Information Solutions, Inc. (pty) | 01cae | 09-1037 | 3440 | 01/14/2009 | 08/18/2009 |

---

**PACER Service Center**          Receipt 03/18/2011 08:07:21 27352926

| | |
|---|---|
| User | fm0118 |
| Client | Kierstead |
| Description | All Court Types Party Search |
| | Name Experian Maine Page: 1 |
| | You have previously been billed for this page. |
| Pages | 1 ($0.00) |

---

For information or comments, please contact: PACER Service Center