William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA  92618
Telephone:  (949) 387-4300
Facsimile:   (800) 722-8196

Attorney for Plaintiff
ROBERT KIERSTEAD

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT KIERSTEAD**<br><br>**Plaintiff,**<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**Defendant.** | Case No.: 10-CV-1694 AG (MLGx)<br><br>**[PROPOSED] ORDER DENYING MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

This matter, having come before the Court upon Motion by Experian Information Solutions, Inc. to Transfer Venue, and the Court having heard all argument for and against the Motion, it is this ___ day of _____, 2011, ORDERED that the motion is DENIED.

_____
Hon. Andrew Guilford
United States District Judge

IRI-17509v1