William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

Attorney for Plaintiff
ROBERT KIERSTEAD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT KIERSTEAD<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Civil Action No. 10-1694<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, William J. Wall, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 9900 Research Drive, Irvine, California 92618. On **March 21, 2011**, I served, by electronic transmission, a copy of:

**PLAINTIFF ROBERT KIERSTEAD'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

**CERTIFICATE OF SERVICE**

IRI-17509v1

**[PROPOSED] ORDER**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

> Eric J. Hardeman, Esquire
> ejhardeman@jonesday.com
> Jones Day
> 3161 Michelson Drive, Suite 800
> Irvine, CA  92612
> T: (949) 851-3939
> F: (949) 553-7539

Executed on **March 21, 2011**, at Irvine, California.

       */s/ Gabriela Oceguera*
       GABRIELA OCEGUERA