Eric J. Hardeman (State Bar No. 253489)
ejhardeman@jonesday.com
JONES DAY
3161 Michelson Dr., Ste 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIERSTEAD<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Case No.: 10-cv-1694 AG (MLGx)<br><br>SUPPLEMENTAL DECLARATION OF ERIC J. HARDEMAN IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) |

## DECLARATION OF ERIC J. HARDEMAN

I, Eric J. Hardeman, declare as follows:

I am the attorney of record for Experian Information Solutions, Inc. ("Experian") in this matter, and am duly licensed to practice before all courts in the State of California. I have personal knowledge of the following facts, and if called upon to testify, I would and could competently testify thereto.

IRI-18549v1

1. Upon receipt of this lawsuit, I contacted Plaintiff's counsel to obtain Plaintiff's identification information, which my client requires in order to locate a consumer in its databases to diligently respond to a lawsuit. This process can take up to thirty days. However, I did not receive Plaintiff's identification information from Plaintiff's counsel until January 11, 2011.

2. I did not receive any electronic correspondence from Plaintiff's counsel enclosing either Plaintiff's Initial Disclosures or Plaintiff's documents on or before March 21, 2011, the date Plaintiff's Opposition Brief was filed.

3. Upon reviewing Plaintiff's Opposition, which represented that Plaintiff had served his Initial Disclosures and accompanying documents electronically to Experian, I sent an e-mail to Plaintiff's counsel wherein I requested a copy of the electronic correspondence in which Plaintiff had previously provided these documents. A true and correct copy of this e-mail is attached hereto as Exhibit "1."

4. I received an e-mail in response attaching Plaintiff's Initial Disclosures and documents produced concurrently therewith, but no copy of the electronic correspondence in which these documents were previously provided. True and correct copies of this e-mail and Plaintiff's Initial Disclosures are attached hereto as Exhibits "2" and "3" respectively.

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on March 25, 2011, at Irvine California.

_____
Eric J. Hardeman, Declarant

IRI-18549v1

- 2 -



| | Subject: | **Kierstead v. Experian** | |
|---|---|---|---|
| | From: | Eric J Hardeman<br>Extension: 3-7545 | 03/22/2011 01:29 PM |
| | To: | Erin Novak, William J. Wall | |

| | Eric J Hardeman | Kierstead v. Experian |
|---|---|---|
| | Erin Novak | *Hey Eric: I have attached my e-copy.* |
| | Eric J Hardeman | *Erin, Thank you for the disclosures and documents, but I reques* |
| | Erin Novak | *Eric - let me follow the e-mail trail back from yesterday a* |

Mr. Kierstead's Opposition to Experian's Motion to Transfer Venue makes the claim that Plaintiff served his Initial Disclosures and turned over documentation with his disclosures to Experian electronically. *See* Plf.'s Opp. Pg. 13:24-26. Please provide me with a copy of the electronic correspondence in which you claim this occurred, as my records do not show Plaintiff served any Initial Disclosures in this case at all. Thanks.

-Eric



### Eric J. Hardeman

**3161 Michelson Drive, Suite 800 • Irvine, CA 92612**

**DIRECT 949.553.7545 • FAX 949.553.7539 • ejhardeman@JONESDAY.COM**

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

EXHIBIT 1 PAGE 3



| | |
|---|---|
| Subject: | RE: Kierstead v. Experian |
| From: | Erin Novak |
| To: | Eric J Hardeman |
| Cc: | "William J. Wall" |

03/22/2011 01:31 PM

History: This message has been replied to.

View: $ThreadsEmbed

Hey Eric:

I have attached my e-copy.

**From:** Eric J Hardeman [mailto:ejhardeman@jonesday.com]
**Sent:** Tuesday, March 22, 2011 4:30 PM
**To:** Erin Novak; William J.Wall
**Subject:** Kierstead v. Experian

Mr. Kierstead's Opposition to Experian's Motion to Transfer Venue makes the claim that Plaintiff served his Initial Disclosures and turned over documentation with his disclosures to Experian electronically. *See* Plf.'s Opp. Pg. 13:24-26. Please provide me with a copy of the electronic correspondence in which you claim this occurred, as my records do not show Plaintiff served any Initial Disclosures in this case at all. Thanks.

-Eric



### Eric J. Hardeman

3161 Michelson Drive, Suite 800 • Irvine, CA 92612

DIRECT 949.553.7545 • FAX 949.553.7539 • ejhardeman@JONESDAY.COM

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

========== Initial Disclosure Docs.pdf    Plaintiff's Initial Disclosures (Kierstead).pdf

EXHIBIT 2 PAGE 4

William J. Wall – State Bar No. 203970
**THE WALL LAW OFFICE**
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196
wwall@wall-law.com

*Attorney for Plaintiff Robert Kierstead*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT KIERSTEAD<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Civil Action No. 10-1694<br><br>**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff states as follows:

**A.  Knowledgeable Persons**

Without waiving any objections, Plaintiff states that the following persons are reasonably likely to have information bearing significantly on the claims and defenses in this matter:

1. Robert Kierstead
   39 Baltimore Avenue.
   South Portland, ME 04106
2. David Browne, Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA 92626.

1

EXHIBIT 3  PAGE 5

    3.    Kathy Centanni, Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA 92626.

    4.    Further Representatives of Experian Information Solutions, Inc., 475 Anton Boulevard, Costa Mesa, CA 92626, as may be determined through discovery.

**B.    Documents**

Without waiving any objections, Plaintiff, states that he has in his possession his personal credit reports which are likely to bear significantly on his claims in this matter, attached hereto as KIERSTEAD-1 through KIERSTEAD- 34.

**C.    Damages**

Plaintiff claims the following damages: (1) statutory damages under the FCRA; (2) actual/compensatory damages in the nature of credit defamation; (3) actual/compensatory damages in the nature of emotional distress, including anxiety, frustration, embarrassment, humiliation, etc.; (4) punitive damages; and (5) attorney's fees and costs.

The damages suffered by Plaintiff are well recognized as cognizable under the FCRA and are not subject to mathematical calculation. Plaintiff will testify as to the embarrassment, frustration and other emotional distress that he experienced as a result of Experian's mixing of his credit file.

**D.    Insurance**

Not Applicable.

As investigation and discovery in this matter are ongoing, Plaintiff reserves the right to supplement these disclosures pursuant to the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, if necessary.

**THE WALL LAW OFFICE**

Dated: March 21, 2011

*/S/ William J. Wall*
WILLIAM J. WALL
9900 Research Drive
Irvine, CA  92618
T: (949) 387-4300
F: (800) 722-8196
E: wwall@wall-law.com

*Attorney for Plaintiff Robert Kierstead*