1  Eric J. Hardeman (State Bar No. 253489)
   ejhardeman@jonesday.com
2  JONES DAY
   3161 Michelson Dr., Ste 800
3  Irvine, CA  92612
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorney for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.
7

8          **UNITED STATES DISTRICT COURT**

9       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROBERT KIERSTEAD                    )    Case No.: 10-cv-1705 JST (MLGx)
12         Plaintiff,                   )
13                                      )    **DECLARATION OF KATHY
                                        )    CENTANNI IN SUPPORT OF
14         vs.                          )    EXPERIAN'S REPLY BRIEF IN
                                        )    SUPPORT OF MOTION TO
15  EXPERIAN INFORMATION                )    TRANSFER VENUE PURSUANT
    SOLUTIONS, INC.                     )    TO 28 U.S.C. § 1404(a)**
16                                      )
17                                      )
                                        )
18         Defendant.                   )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21

22          **DECLARATION OF KATHY CENTANNI**

23      I, Kathy Centanni, declare as follows:

24      1.      I am a Compliance Manager for Experian Information Solutions, Inc.

25  ("Experian").  Based on my experience, I am knowledgeable about Experian's

26  policies and procedures for the compilation, retention, reinvestigation and

27  disclosure of consumer credit information, as well as Experian's computer systems

28  utilized in doing so.  Since May 2003, I have been employed as a Compliance

IRI-18457v2

1 │ Manager for Experian Information Solutions, Inc. ("Experian"), formerly known as

2 │ TRW Information Systems ("TRW").  From August 2000 to May 2003, I held the

3 │ positions of Internal Auditor and Internal Auditor Senior in Experian's Internal

4 │ Audit Department.  I began my career with TRW/Experian in September 1990 as

5 │ Credit and Collection Manager.  During my tenure as Credit and Collection

6 │ Manager in Revenue Management Services, I managed several customer

7 │ (subscriber) support departments, including Collections, Cash, Adjustments and

8 │ Manual Billing.  Prior to joining TRW, I spent seventeen years with one of the

9 │ nation's largest retailers and credit grantors, Sears Roebuck & Co.  During that

10 │ time, I was responsible for managing several credit and collection departments as

11 │ well as Credit Authorization, where thousands of consumer applications for credit

12 │ and consumer credit reports were evaluated.

13 │       2.     Based upon my experience at Experian, I am very familiar with

14 │ Experian's policies and procedures for the compilation, retention, reinvestigation

15 │ and disclosure of consumer credit information.

16 │       3.     I submit this declaration in support of Experian's Reply Brief in

17 │ Support of its Motion to Transfer Venue in this matter.  The facts set forth herein

18 │ are based on my personal knowledge, and if I were called upon to testify as to them,

19 │ I would and could competently do so.

20 │       4.     I manage employees in three Experian locations, including Experian's

21 │ corporate headquarters in Costa Mesa, California, Schaumburg, Illinois and at the

22 │ location of Experian's National Consumer Assistance Center in Allen, Texas.  As

23 │ part of my duties at Experian, I spend a significant amount of time at Experian's

24 │ offices in Allen, Texas. I have offered testimony as Experian's corporate designee

25 │ pursuant to Federal Rule of Civil Procedure 30(b)(6) as the person most

26 │ knowledgeable regarding Experian's credit reporting systems and procedures.  I

27 │ have never been designated by Experian to offer testimony regarding Experian's

28 │ reinvestigation procedures.  The persons most knowledgeable regarding those

IRI-18457v2              - 2 -

1   procedures are located in Allen, Texas.  Because my duties at Experian require me

2   to spend a substantial amount of time both in California and Texas, the depositions

3   at which I have testified have occurred in both locations.

4        5.     David Browne is a colleague at Experian Information Solutions, in

5   Costa Mesa, California, and his title is Compliance Manager in Experian's

6   Regulatory Compliance department.  Mr. Browne has been on a leave of absence

7   for nearly a year.  Mr. Browne has offered no deposition or trial testimony on

8   Experian's behalf in over a year.  Mr. Browne does not have knowledge of any of

9   the facts regarding this case.  To the extent any testimony is necessary regarding

10   Experian's credit reporting systems and procedures in this case; I will be the person

11   Experian designates to testify as to those subjects. Because I am frequently

12   travelling in connection with my duties at Experian, it would not be inconvenient

13   for me to appear for a trial in Maine.  Experian's records and documents regarding

14   Plaintiff's credit file are located in Allen, Texas.  Because these documents can

15   easily be converted to electronic form, it would not be inconvenient for Experian to

16   make these available in discovery or at the time of trial should this case proceed in

17   Maine.

18        I declare under penalty of perjury that the forgoing is true and correct, and

19   that this declaration was executed on March _22_, 2011, at Costa Mesa, California.

20

21

22                          Kathy Centanni, Declarant

23

24

25

26

27

28