| | |
|---|---|
| 1 | Eric J. Hardeman (SBN 253489) |
| | ejhardeman@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, CA  92612 |
| | Telephone:   (949) 851-3939 |
| 4 | Facsimile:    (949) 553-7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 6 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT KIERSTEAD, | Case No. SACV10-1694-AG (MLGx) |
| Plaintiff, | Assigned for all purposes to: Judge Andrew Guilford |
| v. | **CERTIFICATE OF SERVICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

IRI-18570v1

# CERTIFICATE OF SERVICE

I, Eric J. Hardeman, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On **March 25, 2011**, I served, by electronic transmission, a copy of:

**REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)**

**SUPPLEMENTAL DECLARATION OF ERIC J. HARDEMAN IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

**DECLARATION OF KATHY CENTANNI IN SUPPORT OF EXPERIAN'S REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

William J. Wall  *Attorneys for Plaintiff*
wwall@wall-law.com
The Wall Law Office
9900 Research Drive
Irvine, CA  92618
Telephone:  (949) 387-4300
Facsimile:  (800) 722-8196

Executed on **March 25, 2011**, at Irvine, California.

                               */s/ Eric J. Hardeman*
                               Eric J. Hardeman

IRI-18570v1