Erin A. Novak
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Robert Kierstead | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:10-cv-01694-AG-MLG |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Experian Information Solutions, Inc. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Erin A. Novak, of Francis & Mailman, P.C., Land Title Bldg., 19th FL, 100 S. Broad St., Phila, PA 19110
*Applicant's Name*                                                *Firm Name / Address*

(215) 735-8600                                                    enovak@consumerlawfirm.com
*Telephone Number*                                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff    ☐ Defendant

☐ Intervener or other interested person  Robert Kierstead

and the designation of  William J. Wall, 203970
                       *Local Counsel Designee /State Bar Number*

of  The Wall Law Office, 9900 Research Drive, Irvine, CA  92618
    *Local Counsel Firm / Address*

(949) 387-4300                                                    wwall@wall-law.com
*Telephone Number*                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   X GRANTED

Dated  March 31, 2011                         _____
                                              U. S. District Judge Andrew J. Guilford